Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brendan E. Radke (SBN 275284)
bradke@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111-4003
Tel.: +1 415.733.6000
Fax.: +1 415.677.9041

Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017-5704
Tel.: +1 213.426.2500
Fax.: +1 213.623.1673

Attorneys for Defendant
EVELOZCITY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FARADAY&FUTURE, INC., | Case No. 2:18-cv-00737-DMG |
| Plaintiff, | **DEFENDANT EVELOZCITY, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| v. | |
| EVELOZCITY, INC., | |
| Defendant. | |

# DEFENDANT EVELOZCITY INC.'S CORPORATE DISCLSOURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant EVelozcity, Inc. ("EVelozcity"), hereby files this corporate disclosure statement, and discloses the following:

EVelozcity is a wholly owned subsidiary of its corporate parent EVelozcity Holdings Ltd.  Neither EVelozcity nor EVelozcity Holdings Ltd. is a publicly traded corporation.  No publicly held corporation owns 10% or more of EVelozcity's stock.

Dated:  February 20, 2018            Respectfully submitted,

By: */s/ Neel Chatterjee*
Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brendan E. Radke (SBN 275284)
*bradke@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Todd A. Boock (SBN 181933)
*tboock@goodwinlaw.com*
Hong-An Vu (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa Street
41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

*Attorneys for Defendant
EVELOZCITY, INC.*

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, including all of its attachments with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 20, 2018. I further certify that service will be accomplished by the CM/ECF system and paper copies shall be served by first class mail, postage prepaid on all counsel who are not served through CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2018.

*/s/ Neel Chatterjee*
*NEEL CHATTERJEE*