Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brendan E. Radke (SBN 275284)
bradke@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California
Tel.: +1 415.733.6000
Fax.: +1 415.677.9041

Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
41st Floor
Los Angeles, California 90017-5704
Tel.: +1 213.426.2500
Fax.: +1 213.623.1673

Attorneys for Defendant
EVELOZCITY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FARADAY&FUTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVELOZCITY, INC., <br><br> Defendant. | Case No. 2:18-cv-00737-DMG <br><br> **DECLARATION OF TODD A. BOOCK IN SUPPORT OF MOTION TO COMPEL ARBITRATION** <br><br> Hearing Date:  March 30, 2018 <br> Time:          9:30 a.m. <br> Courtroom:     8C, 8th Floor <br> Judge:         Honorable Dolly M. Gee <br><br> Concurrently Filed/Lodged With: <br> 1. Notice of Motion and Motion <br> 2. Memorandum of Points and Authorities; <br> 3. [Proposed] Order. |

I, Todd A. Boock, declare as follows:

1. I am Counsel at the law firm of Goodwin Procter LLP, counsel of record for defendant EVelozcity, Inc. ("EVelozcity"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of EVelozcity's Motion to Compel Arbitration.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Faraday & Future, Inc.'s ("FF") First Amended Demand for Arbitration and Statement of Claim ("First Amended Arbitration Demand"), submitted to JAMS on or about February 9, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of the "At-Will Confidential Information[,] Invention Assignment[,] [and] Arbitration Agreement" between FF and Stefan Krause, dated March 23, 2017, and attached to the First Amended Arbitration Demand as Exhibit A. FF represents in the First Amended Arbitration Demand that this is a true and correct copy of Mr. Krause's employment agreement.

4. Attached hereto as Exhibit 3 is a true and correct copy of the "At-Will Confidential Information[,] Invention Assignment[,] [and] Arbitration Agreement" between FF and Ulrich Kranz, dated July 5, 2017, and attached to the First Amended Arbitration Demand as Exhibit B. FF represents in the First Amended Arbitration Demand that this is a true and correct copy of Mr. Kranz's employment agreement.

5. Attached hereto as Exhibit 4 is a true and correct copy of Exhibit F to the First Amended Arbitration Demand, which FF represents in the First Amended Arbitration Demand is Irving William Strickland's signature pages to the "At-Will Confidential Information[,] Invention Assignment[,] [and] Arbitration Agreement," between FF and Mr. Strickland, dated September 9, 2016. FF has represented this Agreement is the same as those signed by Messrs. Krause, Kranz, Kuttner, and

1  Merchant, which are attached hereto as Exhibits 2,3, 5, and 6.

2      6.    Attached hereto as Exhibit 5 is a true and correct copy of the "At-Will Confidential Information[,] Invention Assignment[,] [and] Arbitration Agreement" between FF and Christoph Kuttner, dated May 18, 2015, and attached to the First Amended Arbitration Demand as Exhibit E.  FF represents in the First Amended Arbitration Demand that this is a true and correct copy of Mr. Kuttner's employment agreement.

    7.    Attached hereto as Exhibit 6 is a true and correct copy of the "At-Will Confidential Information[,] Invention Assignment[,] [and] Arbitration Agreement" between FF and Sohel Merchant, dated March 24, 2015, and attached to the First Amended Demand for Arbitration as Exhibit C.  FF represents in the First Amended Arbitration Demand that this is a true and correct copy of Mr. Merchant's employment agreement.

    8.    Attached hereto as Exhibit 7 is a true and correct copy of FF's original Demand for Arbitration and Statement of Claim, submitted to JAMS on or about January 29, 2018.  On information and belief, the original Demand was submitted without exhibits.

    9.    Attached hereto as Exhibit 8 is a true and correct copy of a chart created at my direction by Goodwin Procter LLP, comparing the Complaint, original Arbitration Demand (Exhibit 7 hereto), and First Amended Arbitration Demand (Exhibit 1 hereto), and reflecting paragraphs that are identical or substantially similar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2018.

/s/ Todd A. Boock
Todd A. Boock

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, including all of its attachments with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 20, 2018. I further certify that service will be accomplished by the CM/ECF system and paper copies shall be served by first class mail, postage prepaid on all counsel who are not served through CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2018.

                                                */s/ Neel Chatterjee*
                                                *NEEL CHATTERJEE*