Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: +1 650 752 3100
Fax.: +1 650 752 3199

Brendan E. Radke (SBN 275284)
bradke@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
Hong-An Vu (SBN 266268)
hvu@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
EVELOZCITY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EVELOZCITY, INC.,<br><br>　　　　　Defendant. | Case No. 2:18-CV-00737-DMG-RAO<br><br>**NOTICE OF ERRATA [DOCKET NO. 18]**<br><br>Judge:　　Hon. Dolly M. Gee |

1
2
3
4     **PLEASE TAKE NOTICE** that the document filed at Docket No. 18 was erroneously filed under the incorrect filing event and should be withdrawn. A Notice of Motion and Motion to Compel Arbitration, and supporting documents, was subsequently filed under the correct filing event at Docket No. 19.

5     Dated: February 20, 2018                Respectfully submitted,

6
7                                             By: /s/ Neel Chatterjee
                                                  Neel Chatterjee
8                                                 *nchatterjee@goodwinlaw.com*
                                                  **GOODWIN PROCTER LLP**
9                                                 135 Commonwealth Drive
                                                  Menlo Park, CA 94025
10                                                Tel.: +1 650 752 3100
                                                  Fax.: +1 650 752 3199

11                                                Brendan E. Radke
                                                  *bradke@goodwinlaw.com*
12                                                Hayes P. Hyde
                                                  *hhyde@goodwinlaw.com*
13                                                **GOODWIN PROCTER LLP**
                                                  Three Embarcadero Center
14                                                San Francisco, California 94111
                                                  Tel.: +1 415 733 6000
15                                                Fax.: +1 415 677 9041

16                                                Todd A. Boock
                                                  *tboock@goodwinlaw.com*
17                                                Hong-An Vu
                                                  *hvu@goodwinlaw.com*
18                                                **GOODWIN PROCTER LLP**
                                                  601 S Figueroa Street
19                                                41st Floor
                                                  Los Angeles, California 90017
20                                                Tel.: +1 213 426 2500
                                                  Fax.: +1 213 623 1673
21
22                                            *Attorneys for Defendant*
                                              *EVELOZCITY, INC.*
23
24
25
26
27
28

1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 601 South Figueroa Street, 41st Floor, Los Angeles, California 90017.

On **February 20, 2018**, I served the following documents in the manner described below:

### NOTICE OF ERRATA [DOCKET NO. 18]

| | |
|---|---|
| Iian D. Jablon<br>Harry A. Mittleman<br>Jonathan B. Waxman<br>IRELL AND MANELLA<br>1800 Avenue of the Stars, Ste 900<br>Los Angeles, CA 90067-4276 | Counsel for Plaintiff: *Faraday & Future, Inc.*<br>Tel.: 310-277-1010<br>Fax: 310-203-7199<br>ijablon@irell.com<br>jwaxman@irell.com |

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☑ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ (MAIL). By United States mail. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am employed in the county where mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that

1  the foregoing is true and correct.
2           Executed on **February 20, 2018**, at Los Angeles, California.

|  Joshua Barbatoe  |  /s/ Joshua Barbatoe  |
|---|---|
|  (Type or print name)  |  (Signature)  |

- 3 -