UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-737-DMG (RAOx)** | Date | March 12, 2018 |
| Title | *Faraday&Future, Inc. v. Evelozcity, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY DEFENDANT'S PETITION TO COMPEL ARBITRATION SHOULD NOT BE DENIED AS MOOT [19]**

On February 20, 2018, Defendant filed a Petition to Compel Arbitration ("Petition") in connection with Plaintiff's Complaint [Doc. # 1]. [Doc. # 19.] The Petition appears to rely on the existence of employment agreements, which contain arbitration provisions, between Plaintiff and its non-party former employees. *Id.* Although Defendant is a non-signatory to those agreements, it seeks to enforce the arbitration clause. *Id.*

On March 9, 2018, Plaintiff filed both a First Amended Complaint ("FAC") [Doc. # 25] and an opposition brief [Doc. # 26] in response to the Petition. The opposition explains that the amended pleading removes references to employment agreements in an effort to clarify that Plaintiff does not rely on such agreements, or any other contract, in seeking to impose liability on Defendant for misappropriation of trade secrets. Opposition at 5–6 & n.2.

In light of the amended pleadings, Defendant is **ORDERED TO SHOW CAUSE**, in writing, why the Petition should not be denied as moot, by no later than Friday, March 16, 2018.

**IT IS SO ORDERED.**