QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
  50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700
  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff
FARADAY&FUTURE, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| FARADAY&FUTURE, INC., | CASE NO. 2:18-cv-00737-DMG |
| Plaintiff, | **NOTICE OF APPEARANCE OF JOCELYNE MA** |
| vs. | |
| EVELOZCITY, INC., | |
| Defendant. | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jocelyne Ma, an attorney with the firm Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby appears as an attorney of record for Faraday & Future, Inc. in the above-captioned matter.

>
> Jocelyne Ma (Cal. Bar No. 319878)
> jocelynma@quinnemanuel.com
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> Tel: (415) 875-6310
> Fax: (415) 875-6700

DATED:  March 13, 2018            QUINN EMANUEL URQUHART & SULLIVAN, LLP


By     */s/ Jocelyne Ma*
Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700
  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff
FARADAY&FUTURE, INC.