UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-737-DMG (RAOx)** | Date | March 20, 2018 |
| Title | *Faraday&Future, Inc. v. Evelozcity, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER DISCHARGING MARCH 12, 2018 ORDER TO SHOW CAUSE [27]**

On March 12, 2018, this Court issued an Order to Show Cause ("OSC") why Defendant's Petition to Compel Arbitration [Doc. # 19 ("Petition")] should not be denied as moot in light of Plaintiff's March 9, 2018 filing of a First Amended complaint ("FAC") [Doc. # 26]. [Doc. # 27.] On March 16, 2018, Defendant filed a timely response. [Doc. # 32.]

Therein, Defendant argued that the grounds asserted in support of its Petition still exist. *Id.* Specifically, Defendant contends that the doctrine of equitable estoppel applies equally to the FAC as it does to Plaintiff's complaint; the FAC's removal of references to contractual agreements amounts to a change in form and not substance; Plaintiff's trade secrets misappropriation claim relies upon employment agreements regardless of the presence of agreement-related allegations in the operative pleading; and that, in any event, Plaintiff alleged in the FAC an agency relationship between former employees and Defendant, which gives rise to a separate theory for compelling arbitration. *Id.*

Without ruling on the viability of each of Defendant's arguments, the Court agrees that the FAC has not rendered the Petition moot. The Court therefore construes the Petition as applicable to the FAC and **DISCHARGES** the OSC.

**IT IS SO ORDERED.**