QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Duane Lyons (Bar No. 125091)
duanelyons@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for FARADAY&FUTURE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| FARADAY&FUTURE, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>EVELOZCITY, INC.,<br><br>            Defendant. | CASE NO. 2:18-CV-00737-DMG<br><br>**DECLARATION OF JAMES D. JUDAH** |
|---|---|

I, James DuBois Judah, hereby declare as follows.

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Faraday&Future, Inc. ("FF").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit A is a true and correct copy of *CardioNet, LLC v. InfoBionic, Inc.,*, Case No. 1:15-cv-11803-IT, Dkt. No. 279, dated March 20, 2017.

3. On March 19, I sent an email to counsel for Defendant EVelozcity ("EVelozcity") asking them to "please let us know whether EVelozcity will stipulate that Faraday may file a sur-reply in opposition to EVelozcity's motion to compel arbitration and response to the Court's OSC, of up to 15 pages, to respond to the many new authorities and arguments raised by EVelozcity in these papers."  A true and correct copy of that email is attached hereto as Exhibit B.

4. On March 20 through March 21, counsel for EVelozcity and I exchanged emails discussing FF's request to file a Sur-Reply.  *Id.*  On March 21, my partner David Perlson, Todd Boock (counsel for EVelozcity), and I participated in a telephonic meet and confer discussing FF's request.  The parties were unable to reach a resolution on that call, as EVelozcity would not agree to any Sur-Reply that addressed issues other than the agency theory.

5. On March 22, I met and conferred again via telephone with Mr. Boock. On that meet and confer I proposed, as a compromise, that FF's Sur-Reply would be limited to 5 pages, but would not be limited in scope to agency.  *See* Exhibit B.  Counsel for EVelozcity emailed the next day, March 23, to confirm that EVelozcity would not alter its position and would not agree to that compromise.  *See* Exhibit B.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | | |
|---|---|---|
| DATED:  March 26, 2018 | | */s James D. Judah* |
| | | James D. Judah |