Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER** LLP
135 Commonwealth Drive
Menlo Park, California  94025-1105
Tel.: +1 650.752.3100
Fax.: +1 650.853.1038

Brendan E. Radke (SBN 275284)
*bradke@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER** LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Todd A. Boock (SBN 181933)
*tboock@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
EVELOZCITY INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVELOZCITY, INC., <br><br> Defendant. | Case No. 2:18-CV-00737-DMG-RAO <br><br> **DECLARATION OF TODD A. BOOCK IN SUPPORT OF MOTION TO DISQUALIFY** <br><br> Date: April 13, 2018 <br> Time: 10:00 a.m. <br> Courtroom: 8C <br> Judge: Hon. Dolly M. Gee <br><br> Filed/Lodged Concurrently With: <br> 1. Motion to Disqualify <br> 2. Declaration of Brionna Ned <br> 3. Declaration of Andrew Wolstan <br> 4. [Proposed] Order |

I, Todd A. Boock, declare as follows:

1.    I am Counsel at the law firm of Goodwin Procter LLP ("Goodwin"), counsel of record for defendant EVelozcity Inc. ("EVelozcity").  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2.    I make this declaration in support of EVelozcity's Motion to Disqualify Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn") as Counsel for Plaintiff Faraday & Future, Inc. ("FF").

3.    At approximately 8:20 pm on Friday, March 9, 2018, attorneys for Quinn began filing Notices of Appearances.  *See* Dkt. Nos. 21-24.  On information and belief, this was the first time that EVelozcity or Goodwin became aware that Quinn was involved in the case.

4.    Because Andrew Wolstan, In Charge of Legal for EVelozcity, has been "walled off" from this matter, Goodwin does not correspond with him regarding this case.  Consequently, I did not send him the March 9, 2018 pleadings referenced in the preceding paragraph.  Goodwin and I did not learn of Mr. Wolstan's consultation with Quinn and the conflict issue until March 13, 2018.[1]

5.    Goodwin learned of the communications between Brionna Ned, in-house counsel for EVelozcity, and Brad Estes of Quinn, on March 12, 2018.

6.    On March 15, 2018, Neel Chatterjee of Goodwin emailed correspondence to Charles Verhoeven of Quinn, notifying Quinn of the conflict and demanding that the firm withdraw as counsel.  I was copied on the email and received it contemporaneously when it was sent.  Attached hereto as Exhibit AA is a true and correct copy of Mr. Chatterjee's March 15, 2018 letter.

7.    On March 15, 2018, my office received ECF notice that FF's initial

---

[1] No privileged or otherwise protected communications are revealed by this paragraph and the Declaration generally, and EVelozcity expressly does not waive attorney-client privilege or work product protection.

1

counsel, Irell & Manella, LLP ("Irell") filed a Request for Approval of Withdrawal or Substitution of Counsel (Dkt. 31). I immediately wrote to Iian Jablon of Irell and informed him that the filing was improper and that EVelozcity opposed any effort to substitute Quinn as counsel because of the conflict. Attached hereto as Exhibit BB is a true and correct copy of my March 15, 2018 email to Mr. Jablon.

8.     On March 18, 2018, Harry Olivar, Quinn's Conflicts Counsel, responded to Mr. Chatterjee's March 15 letter, stating that Quinn would not withdraw as counsel and contending that "no privileged or confidential information [was] communicated to Quinn Emanuel attorneys." Mr. Olivar also claimed that there was no need to withdraw and that it had ameliorated the issue by "implementing ethical screening procedures walling Diane Cafferata, Jack Baumann, and Brad Estes from all timekeepers doing work on the Faraday matter." Attached hereto as Exhibit CC is a true and correct copy of Mr. Olivar's March 18, 2018 letter.

9.     Shortly after receiving Mr. Olivar's March 18 letter, I sent him an email requesting to meet and confer in advance of EVelozcity filing a motion to disqualify Quinn. Attached hereto as Exhibit DD is a true and correct copy of my March 18, 2018 email correspondence.

///
///
///
///
///
///
///
///
///
///

1    10.    Mr. Olivar responded to my email on March 19, 2018, and I met and

2  conferred with him and Quinn associate Sarah Dubina in person at Quinn's Los

3  Angeles office on March 20, 2018.  We were unable to resolve the issues.  However,

4  Mr. Olivar agreed that EVelozcity had acted promptly and that there was no delay in

5  Goodwin's identification of the conflict issue.

6    I declare under penalty of perjury under the laws of the United States of

7  America that the foregoing is true and correct.

8    Executed this 29th day of March, 2018.

9

10                                        /s/   Todd A. Boock
                                          Todd A. Boock