# EXHIBIT BB

# EXHIBIT BB

| | |
|---|---|
| **From:** | Boock, Todd A. |
| **Sent:** | Thursday, March 15, 2018 10:10 PM |
| **To:** | Jablon, Iian |
| **Cc:** | Mittleman, Harry; JWaxman@irell.com; Chatterjee, Neel; Hyde, Hayes; Radke, Brendan |
| **Subject:** | Faraday & Future, Inc. v. EVelozcity, Inc. - Request for Withdrawal and Substitution/Quinn Emanuel Conflict |

Dear Mr. Jablon:

We received Irell's Request for Approval of Substitution or Withdrawal of Counsel (Dkt. 31) via ECF this afternoon.  Please withdraw the Request.

Irell did not comply with the Local Rules of the Central District when it filed this notice.  LR 83-2.3.2 requires that Irell provide EVelozcity notice "reasonably in advance" of its motion.  Had you done so, we would have informed you that we had notified Quinn Emanuel of a substantial nonwaivable conflict that prohibits Quinn's representation of FF in this action.   As Quinn cannot represent FF in this case, different substitute counsel will be necessary.  If Irell were to withdraw, FF may be left unrepresented, which is not allowed under the Local Rules.

Please confirm by the close of business on Monday, March 19, 2018 whether Irell will withdraw the Request.

Thank you.

**Todd A. Boock**



Goodwin Procter LLP
601 South Figueroa Street
Los Angeles, CA 90017
o  +1 213 426 2560
f   +1 213 289 7713
TBoock@goodwinlaw.com | goodwinlaw.com