# EXHIBIT DD

# EXHIBIT DD

| | |
|---|---|
| **From:** | Boock, Todd A. |
| **Sent:** | Sunday, March 18, 2018 7:36 PM |
| **To:** | Charles K Verhoeven; harryolivar@quinnemanuel.com |
| **Cc:** | Chatterjee, Neel; Hyde, Hayes; David Perlson; Duane Lyons; James Judah; rtangri@durietangri.com; Jocelyn Ma |
| **Subject:** | Re: Faraday&Future, Inc. v. EVelozcity: USDC Central District Case No. 18-cv-00737 |

Mr. Olivar and Mr. Verhoeven,

Please let me know when you are available for a meet and confer discussion, pursuant to Central District Local Rule 7-3, in advance of EVelozcity filing a motion to disqualify Quinn Emanuel, either Monday at 4:00 pm or after or Tuesday morning at 10:00 am or after.  Thank you.

**Todd A. Boock**
Goodwin Procter LLP
601 South Figueroa Street
Los Angeles, CA 90017
o  +1 213 426 2560
f  +1 213 289 7713
TBoock@goodwinlaw.com | goodwinlaw.com

On Mar 18, 2018, at 7:15 PM, Jocelyn Ma <jocelynma@quinnemanuel.com> wrote:

> Good evening,
>
> On behalf of Harry A. Olivar, Jr., please find attached correspondence concerning the above matter.
>
> Sincerely,
>
> Jocelyn Ma
>
> **Jocelyn Ma**
> *Associate,*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> 415-875-6310 Direct
> 415.875.6600 Main Office Number
> 415.875.6700 FAX
> jocelynma@quinnemanuel.com
> www.quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
>
> <2018-03-18 Letter from H. Olivar to N. Chatterjee.pdf>