# *EXHIBIT A*

## *PLACEHOLDER OF DOCUMENT SOUGHT FOR IN CAMERA REVIEW*

# *EXHIBIT A*