# E<small>XHIBIT</small> B

# E<small>XHIBIT</small> B

### IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7187
FACSIMILE (310) 203-7199
ijablon@irell.com

January 30, 2018

**VIA HAND DELIVERY, AND U.S. MAIL**

Mr. Andrew Wolstan, Esq.
Evelozcity, Inc.
207 East El Segundo Blvd.
El Segundo, CA 90245

Re:   Faraday&Future, Inc.

Dear Mr. Wolstan:

My law firm represents Faraday&Future, Inc. ("FF").

As you know, you previously provided legal representation to FF as its Senior Corporate Counsel, a key position that exposed you to all aspects of FF's business strategies, confidential information, and legal matters. As FF's former in-house lawyer, you owe FF continuing professional obligations of confidentiality and loyalty, and to avoid conflicts of interest, including the duty to protect FF's confidences, secrets and attorney-client privileged information. You may not do anything that will injuriously affect FF in any matter in which you formerly represented it, and you may not at any time use against FF knowledge or information acquired by virtue of your previous representation of FF.

We are aware that you are now working for Evelozcity, Inc. ("Evelozcity"). Yesterday, FF filed a federal action alleging misappropriation of trade secrets against Evelozcity, and also initiated a separate arbitration demand (collectively, with the federal action, the "FF Litigations") against former FF officers Stefan Krause and Ulrich Kranz, both of whom we understand are now working with you at Evelozcity.

It is beyond dispute that the subject matter of the FF Litigations is substantially related to legal services and advice that you provided to FF during your tenure as the company's Senior Corporate Counsel. Accordingly, you have a clear conflict of interest that prevents you from serving as counsel, or providing any legal services whatsoever, to Evelozcity, Mr. Krause, Mr. Kranz, or any other defendant or respondent in connection with either of the FF Litigations (collectively, the "Defendants"). Among other things, this means that you may not supervise, coordinate with, or otherwise participate in the provision of any legal services to any of the Defendants by other attorneys, including outside counsel for any of the Defendants.

**IRELL & MANELLA LLP**
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

Mr. Andrew Wolstan
January 30, 2018
Page 2

Accordingly, FF hereby demands that you confirm in writing by no later than February 2, 2018 that you have fully walled yourself off from, and recused yourself from, any participation in the legal representation of, or provision of legal advice for or on behalf of, any of the Defendants in connection with the FF Litigations, and that you will have no role or involvement whatsoever in representing or counseling any of the Defendants or their affiliates in connection with either of the FF Litigations. Please also identify the date when you took these protective measures and what specifically the measures consist of.

To the extent that you have already provided any legal representation or legal advice to or on behalf of any of the Defendants that in any way relates to the subject matter of the FF Litigations, then FF hereby demands that your response include a full and complete written disclosure of all such actions so that FF may investigate them and take appropriate action.

Similarly, to the extent that you have in your possession, custody or control any writings that reflect or concern any attorney-client privileged communications with FF, or any of FF's confidential or secret information, FF hereby demands that you immediately segregate and return all such materials, and that your response include a full and complete written disclosure of such writings, including any disclosure, dissemination, copying or use of them.

In addition, in the event that any of the Defendants or their counsel seek in the future to interview you as a witness in connection with the FF Litigations, then FF hereby demands that, before sitting for any such interview, you first provide FF with advance written notice, so that FF can take appropriate steps to ensure that its confidential and privileged information is protected, and that you comply with your professional and ethical obligations to FF. Of course, to the extent such interviews may have already taken place, your response to this letter should fully and completely disclose that information.

I look forward to your prompt response. In the meantime, all of FF's rights and remedies are expressly reserved.

Sincerely,

Iian D. Jablon

10421421

Exhibit B -10-