Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650.752.3100
Fax.: +1 650.853.1038

Brendan E. Radke (SBN 275284)
bradke@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Todd A. Boock (SBN 181933)
tboock@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
EVELOZCITY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVELOZCITY, INC., <br><br> Defendant. | Case No. 2:18-CV-00737-DMG-RAO <br><br> **DECLARATION OF BRIONNA NED IN SUPPORT OF EVELOZCITY INC.'S MOTION TO DISQUALIFY QUINN EMANUEL** <br><br> Date: April 13, 2018 <br> Time: 10:00 a.m. <br> Courtroom: 8C <br> Judge: Hon. Dolly M. Gee <br><br> Filed/Lodged Concurrently With: <br> 1. Motion to Disqualify <br> 2. Declaration of Todd A. Boock <br> 3. Declaration of Andrew Wolstan <br> 4. [Proposed] Order |

ACTIVE/94595463.5

I, Brionna Ned, declare as follows:

1. I am in-house counsel for Defendant EVelozcity Inc. ("EVelozcity"). I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.

2. I make this declaration in support of EVelozcity's Motion to Disqualify Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn") as Counsel for Plaintiff Faraday & Future, Inc. ("FF").

3. On January 30, 2018, EVelozcity received a letter from Iian Jablon, an attorney at Irell & Manella, LLP, notifying Andrew Wolstan that, because he had worked previously for FF as a lawyer, it was their view that he could not work on this litigation matter adverse to FF.

4. Upon receipt of the January 30, 2018 letter, EVelozcity immediately complied with Mr. Jablon's request and "walled off" Mr. Wolstan to avoid any appearance of impropriety. Mr. Wolstan has not had any involvement in this litigation since that time.

5. On February 2, 12 and 13, 2018, I contacted Brad Estes, an associate at Quinn, via Google Chat ("GChat"), to discuss EVelozcity and seek legal advice relating to management and operation of a joint defense group in this litigation. Concurrently submitted for *in camera* review and referenced as Exhibit 1 is a true and correct copy of the transcript of my February 2, 12 and 13, 2018 GChat with Mr. Estes.

///
///
///
///
///
///

6. I had previously told Mr. Estes that I was employed by EVelozcity and was involved in this litigation, so my understanding was that Mr. Estes was aware that my communications pertained to this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of March, 2018.

/s/ Brionna Ned

ACTIVE/94595463.4

2