# EXHIBIT A
(SUBMITTED IN CAMERA)