QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
865 S. Figueroa St., 10th Street
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff
FARADAY&FUTURE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>EVELOZCITY, INC.,<br><br>            Defendant. | CASE NO. 2:18-cv-00737-DMG<br><br>**PLAINTIFF FARADAY&FUTURE, INC.'S APPLICATION FOR *IN CAMERA* REVIEW OF EXHIBIT A TO THE DECLARATION OF JACK BAUMANN AND EXHIBITS A AND B TO THE DECLARATION OF BRAD ESTES**<br><br>Filed Concurrently with<br>  1. Declaration of Harry A. Olivar, Jr.<br>  2. [Proposed] Order<br><br>Date:    April 13, 2018<br>Time:   10:00 a.m.<br>Crtrm.: 8C, 8th Floor<br><br>The Hon. Dolly M. Gee |

## APPLICATION FOR *IN CAMERA* REVIEW

Plaintiff Faraday&Future, Inc. ("FF") respectfully requests that this Court review *in camera* Exhibit A to the Declaration of Jack Baumann ("Baumann Decl.") and Exhibits A and B to the Declaration of Brad Estes ("Estes Decl."), collectively "the Additional Communications," in support of FF's Opposition to Evelozcity, Inc.'s ("EVelozcity") Motion to Disqualify Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as Counsel for Plaintiff Faraday&Future, Inc. ("Motion to Disqualify"), in lieu of filing them on the public record.

On March 29, 2018, EVelozcity submitted its Application for In Camera Review of Exhibit A to the Declaration of Andrew Wolstan and Exhibit 1 to the Declaration of Brionna Ned (Dkt. 47) in support of its Motion to Disqualify and filed concurrently therewith the parties' joint stipulation regarding the Court's *in camera* review of written communications between EVelozcity and Quinn Emanuel attorneys. *See* Dkt. 47-2 [Joint Stipulation Regarding Submission of Documents for In Camera Review in Connection with Motion to Disqualify; Proposed Order].

This Court approved the stipulation and granted EVelozcity's application on April 2, 2018.  Dkt. 50.  EVelozcity has agreed, per the stipulation, not to oppose a request by FF for *in camera* review of the Additional Communications between EVelozcity counsel and Quinn Emanuel attorneys.  It is FF's position that none of these Additional Communications contain any confidential information, but FF submits these Additional Communications for the Court's review at EVelozcity's request.  None of the Quinn Emanuel attorneys who have appeared on this case as litigation counsel have reviewed these Additional Communications, nor have they had any contact with Quinn Conflicts Counsel, Harry A. Olivar, Jr., or Sarah Dubina, an associate on Mr. Olivar's conflicts team, about these Additional Communications.

1   This application is based on the attached Declaration of Harry A. Olivar, Jr.
2   and the [Proposed] Order filed concurrently herewith, and the files and records of
3   this case.

5   DATED: April 5, 2018                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        By      /s/ David A. Perlson
                                           David A. Perlson
                                           Attorneys for Plaintiff
                                           FARADAY&FUTURE, INC.