QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
865 S. Figueroa St., 10th Street
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff
FARADAY&FUTURE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC., <br><br>Plaintiff, <br><br>vs. <br><br>EVELOZCITY, INC., <br><br>Defendant. | CASE NO. 2:18-cv-00737-DMG <br><br>**DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF FARADAY&FUTURE, INC.'S APPLICATION FOR *IN CAMERA* REVIEW OF EXHIBIT A TO THE DECLARATION OF JACK BAUMANN AND EXHIBITS A & B TO THE DECLARATION OF BRAD ESTES** <br><br>Filed Concurrently with: <br>1. Faraday&Future, Inc.'s Application for *In* Camera Review of Exhibit A to the Declaration of Jack Baumann and Exhibits A & B to the Declaration of Brad Estes <br>2. [Proposed] Order <br><br>Date:   April 13, 2018 <br>Time:   10:00 a.m. <br>Crtrm.:  8C, 8th Floor <br><br>The Hon. Dolly M. Gee |

I, Harry A. Olivar, Jr., hereby declare as follows.

1. I am a member of the bar of the State of California and a partner at and Conflicts Counsel for Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Faraday&Future, Inc. ("FF"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit A to the Declaration of Jack Baumann is a true and correct copy of a series of text messages between Quinn Emanuel associate Jack Baumann and his childhood friend, EVelozcity, Inc. ("EVelozcity") counsel Andrew Wolstan, dated December 6 through 19, 2017.

3. Attached as Exhibit A to the Declaration of Brad Estes is a true and correct copy of a series of Google Chat messages between Quinn Emanuel associate Brad Estes and his law school classmate, EVelozcity counsel Brionna Ned, dated January 24, 2018.

4. Attached as Exhibit B to the Declaration of Brad Estes is a true and correct copy of a series of Google Chat messages between Mr. Estes and Ms. Ned, dated February 22, 2018.

5. Although I do not believe any communications contained in these exhibits reflect privileged or confidential information, I am submitting them for *in camera* review by the Court at the request of EVelozcity and pursuant to the parties' Joint Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 5th day of April 2018, at Cambridge, Massachusetts.

*/s Harry A. Olivar, Jr.*
Harry A. Olivar, Jr.

-1-  Case No. 2:18-cv-00737-DMG
DECLARATION OF HARRY OLIVAR IN SUPPORT OF FARADAY&FUTURE, INC.'S APPLICATION FOR IN CAMERA REVIEW OF EXHIBITS TO THE DECLARATIONS OF JACK BAUMANN AND BRAD ESTES