1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10
11   FARADAY&FUTURE, INC.,              CASE NO. 2:18-cv-00737-DMG
12              Plaintiff,              **[PROPOSED] ORDER**
                                        **APPROVING PLAINTIFF**
13        vs.                           **FARADAY&FUTURE, INC.'S**
                                        **APPLICATION FOR *IN CAMERA***
14   EVELOZCITY, INC.,                  **REVIEW OF EXHIBIT A TO THE**
                                        **DECLARATION OF JACK**
15              Defendant.              **BAUMANN AND EXHIBITS A AND**
                                        **B TO THE DECLARATION OF**
16                                      **BRAD ESTES**
17                                      The Hon. Dolly M. Gee
18
19
20
21
22
23
24
25
26
27
28

1   THE COURT, having previously granted the parties' Joint Stipulation

2   regarding Submission of Documents for In Camera Review (Dkt. 50), and having

3   considered Plaintiff Faraday&Future, Inc.'s Application for In Camera Review, the

4   Court APPROVES the application and ORDERS that Exhibit A to the Declaration

5   of Jack Baumann in Support of Faraday&Future, Inc.'s Opposition to EVelozcity,

6   Inc.'s Motion to Disqualify Quinn Emanuel and Exhibits A and B to the Declaration

7   of Brad Estes in Support of Faraday&Future, Inc.'s Opposition to EVelozcity, Inc.'s

8   Motion to Disqualify Quinn Emanuel are submitted for *in camera* review and shall

9   not be available for the public.

10   Plaintiff shall email the clerk at DMG_Chambers@cacd.us.courts.gov with a

11   PDF version of the *in camera* exhibits forthwith.

12   **IT IS SO ORDERED.**

13

14   DATED: _____, 2018

15

16   _____

17   The Hon. Dolly M Gee
     United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:18-cv-00737-DMG
[PROPOSED] ORDER APPROVING APPLICATION FOR *IN CAMERA* REVIEW