UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: CV 18-00737-DMG (RAOx)　　　　　　　Date: April 10, 2018
Title:　　Faraday&Future, Inc. v. EVelozcity, Inc.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: CS 04/10/2018 |
|---|---|
| Deputy Clerk | Court Recorder: CourtSmart |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| David Perlson | Todd Boock |
| James Judah | Brendan Radke |
| Chelsea Gumaer | |

**Proceedings:**　　　**MINUTES OF TELEPHONIC DISCOVERY HEARING**

The case was called and counsel entered their appearances. The parties discussed the pending discovery dispute. As stated on the record, the Court finds that the discovery requested by Plaintiff is premature. The parties are directed to seek relief from District Judge Gee for any requests to proceed with early discovery or to stay the Rule 26 disclosures and conference.

For any future discovery disputes, the parties are directed to meet and confer in good faith to attempt to resolve the dispute. If the parties are unable to reach a resolution after they meet and confer, they are directed to contact the Court to schedule a telephonic conference. The parties may submit a short statement of the dispute with their request for a telephonic conference, and may request that the Court issue a letter briefing schedule.

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　0 : 36
　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　dl