UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-737-DMG (RAOx)** | Date | April 13, 2018 |
| Title | *Faraday&Future, Inc. v. Evelozcity, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE *IN CAMERA* REVIEW [55]**

  Having reviewed Defendant's *In Camera* documents [Doc. # 55] and pursuant to Local Rule 79-6.3, the Court hereby orders that Plaintiff e-file within three (3) days of this order the documents UNDER SEAL without service, or other disclosure to the other parties.

**IT IS SO ORDERED.**