# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-737-DMG (RAOx) | Date | April 13, 2018 |
|---|---|---|---|
| Title | *Faraday&Future, Inc. v. Evelozcity, Inc.* | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kane Tien/John Lopez | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Perlson | Indra N. Chatterjee |
| Harry A. Olivar, Jr. | Hayes Hyde |

**Proceedings:      Defendant's Motion to Disqualify Quinn Emanuel Urquhart & Sullivan, LLP as Counsel for Plaintiff Faraday & Future, Inc. [46]**

The case is called and counsel state their appearances. The Court hears oral argument. Pursuant to the defendant's request, a portion of the hearing was held under seal. On the Court's own motion, an evidentiary hearing is scheduled for **April 27, 2018 at 10:00 a.m.**

|  | : | 34 |
|---|---|---|
| Initials of Preparer | JLO | |