Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California  94025-1105
Tel.: +1 650.752.3100
Fax.: +1 650.853.1038

Brendan E. Radke (SBN 275284)
*bradke@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Todd A. Boock (SBN 181933)
*tboock@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
EVELOZCITY INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FARADAY&FUTURE, INC., <br><br>         Plaintiff, <br><br>    v. <br><br> EVELOZCITY, INC., <br><br>         Defendant. | Case No. 2:18-CV-00737-DMG-RAO <br><br> **DEFENDANT EVELOZCITY INC.'S REQUEST FOR TRANSCRIPT OF SEALED PROCEEDING** <br><br> Courtroom: 8C <br> Judge:      Hon. Dolly M. Gee <br><br> Filed/Lodged Concurrently With: <br> 1.  [Proposed] Order |

Defendant EVelozcity Inc. ("EVelozcity") hereby requests that the Court release to EVelozcity the sealed portions of the transcript (the "Sealed Transcript") of proceedings held before the Hon. Judge Dolly M. Gee on April 13, 2018 (the "Hearing"). EVelozcity has agreed to provide a copy of the Sealed Transcript to conflicts counsel ("Conflicts Counsel") at Quinn Emanuel Urquhart & Sullivan LLP ("Quinn"), Plaintiff Faraday & Future, Inc.'s ("FF") counsel of record. Conflicts Counsel includes Mr. Harry Olivar and Ms. Sarah Dubina, both of whom were present during the sealed portions of the Hearing. Conflicts Counsel has agreed not to share the Sealed Transcript with anyone else, including FF's litigation counsel or any other Quinn employee who is not part of the conflicts team.

On April 13, 2018, the Court heard oral argument on EVelozcity's Motion to Disqualify. *See* Dkt. 66. The Court sealed part of the Hearing. EVelozcity requests that the Court issue an order permitting the release of the Sealed Transcript to EVelozcity and Conflicts Counsel. EVelozcity will then submit a standard transcript request to the Clerk's office. By this request, EVelozcity seeks only to release the Sealed Transcript with respect to its counsel and Conflicts Counsel, so that both may obtain a copy of the Sealed Transcript. EVelozcity is not seeking to release the Sealed Transcript to anyone else or to allow any other person or entity to obtain access.

Dated:   April 17, 2018

Respectfully submitted,

By: /s/ Neel Chatterjee
Neel Chatterjee
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231

Brendan E. Radke
*bradke@goodwinlaw.com*

ACTIVE/94992079.5                                                       1

1
2
3
4

Hayes P. Hyde
*hhyde@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

5
6
7
8

Todd A. Boock
*tboock@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa Street
41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

9
10

*Attorneys for Defendant*
EVELOZCITY INC.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACTIVE/94992079.5

2