UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 18-737-DMG (RAOx) | Date | April 27, 2018 |
|---|---|---|---|

| Title | *Faraday&Future, Inc. v. Evelozcity, Inc.* |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Matthew Hinks | Ronda J. McKaig |
| Jeffer Mangels | Jeffrey Barnes |

**Proceedings:   Evidentiary Hearing re Defendant's Motion to Disqualify Quinn Emanuel Urquhart & Sullivan, LLP as Counsel for Plaintiff Faraday & Future, Inc. [46]**

The cause is called and counsel state their appearance.  The Court GRANTS Defendant's request to conditionally SEAL the proceeding and transcripts, pending the Court's determination as to whether any confidential information elicited during the evidentiary hearing warrants continued sealing.

An evidentiary hearing was held.  Witnesses Andrew Wolstan, Jack Bauman, and Diane Caffaratti were called, sworn, and testified.  Exhibits A, B, C, D, 3, 4, and 7 were identified and admitted.  Defendant will file a supplemental brief (not to exceed 10 pages) by May 4, 2017.  Plaintiff's response (not to exceed 10 pages) shall be filed by May 11, 2018.  Thereafter, the motion shall stand submitted and a written order will issue.

Pursuant to Defendant's request, the Court GRANTS leave for the parties' conflicts counsel to order the sealed transcripts of this proceeding.[1]

1:30

---

[1] After the conclusion of the hearing, Defendant's counsel made an oral request.