**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FARADAY&FUTURE, INC.<br><br>Plaintiff,<br><br>v.<br><br>EVELOZCITY, INC.,<br><br>Defendant. | Case No.: CV 18-737-DMG (RAOx)<br><br>**ORDER GRANTING DEFENDANT EVELOZCITY, INC.'S APPLICATION FOR AN ORDER CONDITIONALLY SEALING POST-HEARING MEMORANDA [84]** |

Pursuant to Local Rule 79-5.2.2, Rule 18 of this Court's standing order, and this Court's order conditionally sealing the proceedings of April 27, 2018 [Doc. # 83], Defendant EVELOZCITY, INC. has submitted an application to file documents conditionally under seal ("Application"). Having considered the Application, the Declaration of Andrew Kim in support, the conditional sealing of the April 27, 2018 evidentiary hearing, and the potential application of the attorney-client privilege, the Court conditionally **GRANTS** the Application as follows:

Defendant's Post-Hearing Memorandum In Support of Its Motion to Disqualify shall remain under seal while the Motion to Disqualify Quinn Emanuel Urquhart & Sullivan LLP as Counsel for Faraday & Future, Inc. ("Motion to Disqualify") [Doc. # 46] is pending before this Court.

If conflicts counsel for Quinn files a memorandum responding to EVelozcity's Post-Hearing Memorandum, it shall file its memorandum under seal. Quinn's post-hearing memorandum shall be SEALED while the Motion to Disqualify is pending before this Court.

After this Court issues its decision on the Motion to Disqualify, each party shall review its respective Post-Hearing Memorandum and file unsealed copies with redactions (to the extent any redactions are necessary to protect confidential information as determined by the Court), within 10 days after notice of this Court's decision.

Pursuant to Local Rule 79-5.2.2(c), Defendant shall e-file the unredacted document consistent with this Order within three (3) days of this Order.

**IT IS SO ORDERED.**

DATED: May 8, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE