QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for FARADAY&FUTURE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>EVELOZCITY, INC.,<br><br>          Defendant. | CASE NO. 2:18-CV-00737-DMG (RAOx)<br><br>**EXHIBIT A TO THE DECLARATION OF GREGORY A. BOLT IN SUPPORT OF FARADAY&FUTURE, INC.'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT EVELOZCITY, INC.'S MOTION TO DISQUALIFY QUINN EMANUEL**<br><br>**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 8, 2018** |

# EXHIBIT A

| | |
|---|---|
| **From:** | Stefan Krause <skrauses@me.com> |
| **Sent:** | Monday, November 27, 2017 5:43 PM |
| **To:** | Ulli Kranz |
| **Cc:** | Christina Krause |
| **Subject:** | [EXTERNAL] Wortmarke |
| **Attachments:** | Evelocity.pptx |

Hallo Ulli,

ich denke dass wir am Anfang aufgrund der YT Ereignisse medial relativ viel Aufmerksamkeit bekommen. Ich wollte deshalb anregen, ob wir etwas Arbeit in unsere Wortmarke und auch in die Marke selber investieren um die Positionierung und die Differenzierung zu FF hinzubekommen. Anbei meine laienhaften Spielereien mit der Wortmarke, verbunden mit der Bitte ob Gabi uns da vielleicht mal helfen kann. Wir werden sicherlich eine andere Marke für das Auto wählen aber wir sollten von Anfang an die richtige Botschaft draussen haben.


Für mich sind die Attribute: URBAN, YOUNG (ODER NEXT GENERATION), AFFORDABLE, COOL

Beispiele die wir nehmen koennten. Ich suche nur nach einigen Begriffen die wir in unserer Kommunikation immer wieder wiederholen. Das ist wichtig für die Positionierung von Anfang an.

EVZC, urban, car guys, young, affordable, cool

FF, technology, connected, clean, time, autonomous, luxury, ...


Was meinst Du?

Lieber Gruss
Stefan

*EVELOzCITY*

E**VELO**Z*CITY*

*E**VELOZ**CITY*











