QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Charles K. Verhoeven (Bar No. 170151)
 charlesverhoeven@quinnemanuel.com
 David A. Perlson (Bar No. 209502)
 davidperlson@quinnemanuel.com
 James Judah (Bar No. 257112)
 jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

 Duane R. Lyons (Bar No. 125091)
 duanelyons@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for FARADAY&FUTURE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>EVELOZCITY, INC.,<br><br>Defendant. | CASE NO. 2:18-CV-00737-DMG (RAOx)<br><br>**EXHIBIT B TO THE DECLARATION OF GREGORY A. BOLT IN SUPPORT OF FARADAY&FUTURE, INC.'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT EVELOZCITY, INC.'S MOTION TO DISQUALIFY QUINN EMANUEL**<br><br>**<u>FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 8, 2018</u>** |

# EXHIBIT B

**To:** Stefan Krause[Stefan.Krause@ff.com]
**From:** Mueller, Stefan
**Sent:** Sat 10/28/2017 5:07:02 PM
**Subject:** AW: [EXT] Re: [EXTERNAL] Are you joining our call now

Ok

Let us talk tom


Gesendet über BlackBerry Work
(www.blackberry.com)

---

**Von:** Stefan Krause <Stefan.Krause@ff.com>
**Datum** Samstag, 28. Okt. 2017, 7:03 PM
**An:** Mueller, Stefan <Stefan.Mueller@moelis.com>
**Betreff:** Re: AW: [EXT] Re: [EXTERNAL] Are you joining our call now

Echt sorry wegen dem call aber ich hatte Eddie gesagt dass er nichts aufstetzen soll da mein Anwalt sagte ich soll kein Business derzeit machen da ich gekündigt habe. Ich warte auf YT der die Chapter 11 Resolution unterschreiben soll. Wenn nicht verlässt ein Teil der Mannschaft den Laden.
Ich habe die Alternative fertig und die gebe ich Dir mündlich durch


Sorry nochmal
Dein
Stefan

Sent from my iPhone

On Oct 29, 2017, at 12:46 AM, Mueller, Stefan <Stefan.Mueller@moelis.com> wrote:


> Call hatte Eddie aufgesetzt

War als debrief gedacht

Wann passt es bei dir?


Gesendet über BlackBerry Work
(www.blackberry.com)

---

**Von:** Stefan Krause <Stefan.Krause@ff.com>
**Datum** Samstag, 28. Okt. 2017, 6:42 PM
**An:** Mueller, Stefan <Stefan.Mueller@moelis.com>
**Betreff:** Re: AW: [EXT] Re: [EXTERNAL] Are you joining our call now

Sorry my phone screen is broken and this is the result... meaningless messages

Sent from my iPhone

On Oct 29, 2017, at 12:39 AM, Mueller, Stefan <Stefan.Mueller@moelis.com> wrote:

> ????

Gesendet über BlackBerry Work
([www.blackberry.com](www.blackberry.com))

---

**Von:** Stefan Krause <Stefan.Krause@ff.com>
**Datum** Samstag, 28. Okt. 2017, 6:32 PM
**An:** Mueller, Stefan <Stefan.Mueller@moelis.com>
**Betreff:** [EXT] Re: [EXTERNAL] Are you joining our call now

Ste

Sent from my iPhone

On Oct 28, 2017, at 9:06 PM, Mueller, Stefan <Stefan.Mueller@moelis.com> wrote:



Gesendet über BlackBerry Work
([www.blackberry.com](www.blackberry.com))

Disclaimer: Click [here](here) for important information about Moelis & Company and this e-mail.