QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for FARADAY&FUTURE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC., <br><br>Plaintiff, <br><br>vs. <br><br>EVELOZCITY, INC., <br><br>Defendant. | CASE NO. 2:18-CV-00737-DMG (RAOx) <br><br>**EXHIBIT A TO THE DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF FARADAY&FUTURE, INC.'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT EVELOZCITY, INC.'S MOTION TO DISQUALIFY QUINN EMANUEL** <br><br>**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 8, 2018** |

# EXHIBIT A

| | |
|---|---|
| **From:** | Stefan Krause <skrauses@me.com> |
| **Sent:** | Monday, November 27, 2017 5:43 PM |
| **To:** | Ulli Kranz |
| **Cc:** | Christina Krause |
| **Subject:** | [EXTERNAL] Word mark |
| **Attachments:** | Evelocity.pptx |

Hello Ulli,

I think that based on the initial YT events we are getting relatively a lot of media attention. I wanted, therefore, to suggest that we invest some work into our word mark and also into the trademark itself in order to manage positioning and differentiation with respect to FF. Attached are my amateurish attempts from playing around with the word mark, connected with the request to see if Gabi can perhaps help us out. We will surely choose another trademark for the car but we should present the correct message externally from the beginning.

For me, the attributes are: URBAN, YOUNG (OR NEXT GENERATION), AFFORDABLE, COOL

Examples that we could use. I am looking only for a few concepts that we always repeat in our communication. This is important for positioning from the beginning.

EVZC, urban, car guys, young, affordable, cool

FF, technology, connected, clean, time, autonomous, luxury, ...

What do you think?

Kind regards,
Sefan



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "Ex. A" is, to the best of my knowledge and belief, a true and accurate translation from German into English.

Aurora Landman

Sworn to before me this
May 8, 2018

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE