QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for FARADAY&FUTURE, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| FARADAY&FUTURE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>EVELOZCITY, INC.,<br><br>Defendant. | CASE NO. 2:18-CV-00737-DMG (RAOx)<br><br>**EXHIBIT F TO THE DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF FARADAY&FUTURE, INC.'S SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT EVELOZCITY, INC.'S MOTION TO DISQUALIFY QUINN EMANUEL**<br><br>**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 8, 2018** |

# EXHIBIT F

**To:** Stefan Krause[Stefan.Krause@ff.com]
**From:** Mueller, Stefan
**Sent:** Sat 10/28/2017 5:07:02 PM
**Subject:** RE: [EXT] Re: [EXTERNAL] Are you joining our call now

Ok

Let us talk tom

Sent via work BlackBerry
(www.blackberry.com)

---

**From:** Stefan Krause <Stefan.Krause@ff.com>
**Date** Saturday, Oct. 28, 2017, 7:03 PM
**To:** Mueller, Stefan <Stefan.Mueller@moelis.com>
**Subject:** Re: RE: [EXT] Re: [EXTERNAL] Are you joining our call now

Really sorry about the call but I told Eddie that he shouldn't set anything up since my lawyer said I shouldn't do any business currently since I have resigned. I am waiting on YT to sign the Chapter 11 resolution. If not, then part of the team will leave the shop.
I have finished the alternative and I will give it to you orally.

Sorry again
Yours,
Stefan

Sent from my iPhone

On Oct 29, 2017, at 12:46 AM, Mueller, Stefan <Stefan.Mueller@moelis.com> wrote:

> Eddie had set up the call

Was intended as a debrief.

When will it work for you?

Sent via work BlackBerry
(www.blackberry.com)

---

**From:** Stefan Krause <Stefan.Krause@ff.com>
**Date** Saturday, Oct. 28, 2017, 6:42 PM
**To:** Mueller, Stefan <Stefan.Mueller@moelis.com>
**Subject:** Re: RE: [EXT] Re: [EXTERNAL] Are you joining our call now

Sorry my phone screen is broken and this is the result... meaningless messages

Sent from my iPhone

On Oct 29, 2017, at 12:39 AM, Mueller, Stefan <Stefan.Mueller@moelis.com> wrote:

????

Sent via work BlackBerry (www.blackberry.com)

---

**From:** Stefan Krause <Stefan.Krause@ff.com>
**Date** Saturday, Oct. 28, 2017, 6:32 PM
**To:** Mueller, Stefan <Stefan.Mueller@moelis.com>
**Subject:** [EXT] Re: [EXTERNAL] Are you joining our call now

Ste

Sent from my iPhone

On Oct 28, 2017, at 9:06 PM, Mueller, Stefan <Stefan.Mueller@moelis.com> wrote:


Sent via work BlackBerry (www.blackberry.com)


Disclaimer: Click here for important information about Moelis & Company and this e-mail.



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "FFCTRL00038804_native" is, to the best of my knowledge and belief, a true and accurate translation from German into English.

Aurora Landman

Sworn to before me this
May 8, 2018

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE