JAMES D. GATTA
(admitted *pro hac vice*)
JGatta@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax.: 212.355.3333

ANDREW KIM (SBN 288925)
AndrewKim@goodwinlaw.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax.: 202.346.4444

Attorneys for Defendant:
EVelozcity, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC.<br><br>Plaintiff,<br><br>v.<br><br>EVELOZCITY, INC.,<br><br>Defendant. | Case No. 2:18-cv-00737-DMG-RAO<br><br>**NOTICE OF MOTION OF DEFENDANT EVELOZCITY, INC. FOR LEAVE TO CONFIDENTIALLY DISCLOSE WOLSTAN MATERIALS TO THE ARBITRATOR DECIDING THE KRAUSE ARBITRATION'S MOTION TO DISQUALIFY**<br><br>Date:   June 15, 2018<br>Time:   10:00 a.m.<br>Courtroom: 8C<br>Judge:   Hon. Dolly M. Gee<br><br>Filed Concurrently with:<br>1. Motion<br>2. Declaration of Jonathan Shenson<br>3. Proposed Order |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Friday, June 15, 2018 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8C of the United States District Court located at 350 West 1st Street, Los Angeles, California 90012, Defendant EVELOZCITY, INC. ("EVelozcity") will and hereby does move this Court for an order granting EVelozcity leave to confidentially disclose the following sealed materials to the arbitrator of *Faraday&Future, Inc. v. Krause et al.*, JAMS Case No. 1210035060, for the purpose of deciding a motion to disqualify Quinn Emanuel Urquhart & Sullivan LLP as counsel for Faraday and Future, Inc. in the arbitration:  Doc. # 56, 63, 83, 90-1, 90-2, 90-3, 90-4.

This Motion is based upon this Notice of Motion, the Motion filed concurrently herewith, the records, pleadings, and documents on file in this action, and such further and additional evidence and argument as may be presented at or before the time of hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 17, 2018 and May 18, 2018.

Respectfully submitted,

Dated:  May 18, 2018

By:  /s/ James D. Gatta
JAMES D. GATTA
(admitted *pro hac vice*)
*JGatta@goodwinlaw.com*
ANDREW KIM (SBN 288925)
*AndrewKim@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
EVELOZCITY, INC.