1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FARADAY&FUTURE, INC. <br><br> Plaintiff, <br><br> v. <br><br> EVELOZCITY, INC., <br><br> Defendant. | Case No. CV 18-737-DMG (RAOx) <br><br> **ORDER RE DEFENDANT EVELOZCITY, INC.'S MOTION FOR LEAVE TO CONFIDENTIALLY DISCLOSE CERTAIN MATERIALS TO AN ARBITRATOR [95]** |

Defendant EVelozcity, Inc. filed a motion for leave to disclose the following materials ("Sealed Materials") to the arbitrator deciding *Faraday&Future, Inc. v. Stefan Krause, et al.*, JAMS Case No. 1210035060 ("Krause Arbitration"):

- Exhibit A to the Declaration of Andrew Wolstan In Support of Defendant EVelozcity Inc.'s Motion to Disqualify [Doc. # 56];
- Exhibit A to the Declaration of Jack Baumann In Support of Plaintiff Faraday&Future, Inc.'s Opposition to Evelozcity, Inc.'s Motion to Disqualify [Doc. # 63];
- Sealed Exhibit A to the Declaration of Gregory A. Bolt [Doc. # 90-1];
- Sealed Exhibit B to the Declaration of Gregory A. Bolt [Doc. # 90-2];
- Sealed Exhibit A to the Declaration of Harry A. Olivar, Jr. [Doc. # 90-3];
- Sealed Exhibit F to the Declaration of Harry A. Olivar, Jr. [Doc. # 90-4]; and
- The transcript of the sealed portions of the Court's April 27, 2018 evidentiary hearing and the exhibits admitted during the hearing. [Doc. # 83.]

Defendant represents that Plaintiff's counsel "maintains the position that [these materials] are not privileged and confidential, and that this motion for leave is procedurally unnecessary." *See* Mot. at 4 [Doc. # 95-1]. Moreover, although Defendant noticed this motion for a hearing on June 15, 2018 at 10:00 a.m., Plaintiff has not filed an opposition and the deadline for doing so has expired. *See* C.D. Cal. L.R. 7-9 (providing that an opposition must be filed no fewer than twenty-one days before the date set for a hearing); C.D. Cal. L.R. 7-12 (providing that the failure to timely oppose a motion may be deemed consent to granting it).

Accordingly, the Court **GRANTS** Defendant's Motion and **VACATES** the June 15, 2018 hearing. Defendant's counsel, James D. Gatta and Andrew Kim, may file a copy of the Sealed Materials with the arbitrator in *Faraday&Future, Inc. v. Stefan Krause et al.*, JAMS Case No. 1210035060. The Sealed Materials shall be

filed as a sealed non-party submission.   The Court **ORDERS** Defendant's counsel to ensure that only the arbitrator and conflicts counsel for Quinn Emanuel Urquhart & Sullivan LLP ("Quinn"), Harry A. Olivar, have access to the Sealed Materials. The Sealed Materials shall be used for the sole purpose of allowing the arbitrator to decide Stefan Krause's motion to disqualify Quinn as counsel for Faraday&Future, Inc. in the Krause Arbitration.

   **IT IS SO ORDERED.**

DATED:  May 31, 2018                                                   _____

                                                                                    DOLLY M. GEE
                                                                       United States District Judge