**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Faraday & Future, Inc.

Plaintiff(s)

v.

EVelozcity, Inc.

Defendant(s).

CASE NUMBER:

CV 18-737-DMG (RAOx)

**ORDER ON REQUEST FOR APPROVAL OF**
**SUBSTITUTION OR WITHDRAWAL OF**
**ATTORNEY**

The Court hereby orders that the request of:

EVelozcity, Inc. _____ ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute  Mark Holscher _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Kirkland & Ellis LLP, 333 South Hope Street _____
*Street Address*

Los Angeles, California 90071 _____   mark.holscher@kirkland.com _____
*City, State, Zip*                                            *E-Mail Address*

213.680.8190 _____   213.680.8500 _____   139582 _____
*Telephone Number*                 *Fax Number*                      *State Bar Number*

as attorney of record instead of Neel Chatterjee (SBN 173985); Todd A. Boock (SBN 181933)
*List **all** attorneys from same firm or agency who are withdrawing*
Brendan E. Radke (SBN 275284); Hayes P. Hyde (SBN 308031); Hong-An Vu (SBN 266268);
James D. Gatta (*pro hac vice*); and Andrew Kim (SBN 288925)

**is hereby       X  GRANTED       ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: June 18, 2018

Dolly M. Gee, U. S. District Judge