QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
865 S. Figueroa St., 10th Street
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff
FARADAY&FUTURE INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| FARADAY&FUTURE INC., <br><br> Plaintiff, <br><br> vs. <br><br> EVELOZCITY, INC., <br><br> Defendant. | CASE NO. 2:18-cv-00737-DMG <br><br> **NOTICE OF MOTION AND MOTION FOR RULE 16 SCHEDULING CONFERENCE** <br><br> The Hon. Honorable Dolly M. Gee |

**TO THE DEFENDANT AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 10, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, United States Courthouse, located at 350 West 1st Street, Los Angeles, CA, in Courtroom 8C, before the Honorable Dolly M. Gee, Plaintiff Faraday&Future Inc. will and hereby does move the Court for a Scheduling Conference pursuant to Fed. R. Civ. P. 16(b), at the Court's earliest convenience, so that the parties may begin bilateral discovery and move this case expeditiously towards final resolution. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 29 and July 3, 2018.

## MEMORANDUM AND POINTS OF AUTHORITIES

Plaintiff Faraday&Future Inc. ("FF") respectfully requests the Court set a Scheduling Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. "Rule 16 provides an important mechanism for carrying out one of the basic policies of the federal rules – the determination of disputes on their merits rather than on the basis of procedural niceties or tactical advantage."  6A C.A. Wright, A.R. Miller, M.K. Kane, *Federal Practice & Procedure* § 1522 at 297 (2010).

The procedural posture of this case warrants a Rule 16 conference.  FF filed the original Complaint on January 29, 2018.  Since then, the Court has denied Defendants' Motion to Disqualify Quinn Emanuel Urquhart & Sullivan, LLP as counsel in this case (Dkt. 99), and granted requests to substitute new counsel for both Plaintiff (Dkt. 99 at 14) and Defendant EVelozcity, Inc.  (Dkt. 104).  The Parties have submitted a Joint 26(f) Report (Dkt. 67).  The only motion currently pending before the Court is EVelozcity's Motion to Compel Arbitration of, and to Stay, Trade Secret Claim (Dkt. 19).

A scheduling conference is important because discovery is allowed to begin after "the parties have conferred as required by Rule 26(f)" and the Rule 26(f) Conference must occur "at least 21 days before a scheduling conference is held." Fed.R.Civ.P. 26(d), (f).  Because to date EVelozcity has refused to participate in discovery, exchange initial disclosures, or engage in a substantive Rule 26(f) conference,[1] a scheduling conference is particularly appropriate here.  Further, pursuant to Rule 16(b), the district judge is required to issue a scheduling order "as soon as practicable" after either receiving the parties' report under Rule 26(f) or "after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference." Fed.R.Civ.P. 16(b).  A scheduling conference will therefore further the Court's and the parties'

---

[1]  *See* Joint Rule 26(f) Report and Discovery Plan (Dkt. 67) at 2-3.

1  interests in setting a case schedule and trial date so that this trade secret
2  misappropriation case may proceed to resolution on the merits.
3       Accordingly, FF asks the Court to set a Rule 16 Scheduling Conference at its
4  earliest convenience.

6  DATED: July 9, 2018         QUINN EMANUEL URQUHART &
7                                       SULLIVAN, LLP

9                             By     */s/ David A. Perlson*
10                               David A. Perlson
11                               Attorneys for Plaintiff
                               FARADAY&FUTURE INC.