Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 18-737-DMG (RAOx)    Title: Faraday&Future, Inc. v. Evelozcity, Inc.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court  [ x ] Jury<br>Duration Estimate: 10-15 days | 11-5-19<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 10-8-19<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 1-11-19 |
| Early Mediation Deadline<br>Joint Report re Results of Early Mediation | 2-22-19<br>3-1-19 |
| Non-Expert Discovery Cut-Off<br>(includes hearing of discovery motions) | 6-7-19 |
| Motion Cut-Off   (filing deadline) | 6-14-19 |
| Initial Expert Disclosure & Report Deadline | 8-6-19 |
| Rebuttal Expert Disclosure & Report Deadline | 9-3-19 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 9-17-19 |
| Settlement Conference Completion Date | 9-10-19 |
| Motions in Limine Filing Deadline | 9-17-19 |
| Opposition to Motion in Limine Filing Deadline | 9-24-19 |
| Joint Status Report re Settlement | 9-17-19 |
| Proposed Pretrial Conference Order | 9-17-19 |
| Contentions of Fact/Law | 9-17-19 |
| Pretrial Exhibit Stipulation | 9-17-19 |
| Joint Exhibit List | 9-17-19 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-17-19 |
| Agreed Statement of the Case | 9-17-19 |
| Proposed Voir Dire Questions | 9-17-19 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 9-17-19 |
| Verdict Forms | 9-17-19 |