QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Duane R. Lyons (Bar No. 125091)
duanelyons@quinnemanuel.com
865 S. Figueroa St., 10th Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
FARADAY&FUTURE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE INC., | CASE NO. 2:18-cv-00737-DMG |
| Plaintiff, | **DECLARATION OF BRIAN FRITZ** |
| vs. | |
| EVELOZCITY, INC., | |
| Defendant. | |

I, Brian Fritz, hereby declare as follows.

1. I am a member of the bar of the State of California and Managing Counsel, Litigation & Compliance at Faraday&Future Inc. ("FF").  I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently as follows.

2. FF consents to Quinn Emanuel's withdrawal as counsel for FF in this action, *Faraday&Future Inc. v. EVelozcity*, Case No. 2:18-cv-00737-DMG.  FF cannot comply with the terms of FF's retention agreement with Quinn Emanuel by, *inter alia*, paying Quinn Emanuel's fees.  FF intends to locate replacement counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 7th day of November, 2018, in Los Angeles, California.

*/s Brian E. Fritz*
Brian E. Fritz