# EXHIBIT C

Exhibit C
Page 25

| | |
|---|---|
| **From:** | Yaghoubian, Benjamin A. |
| **To:** | James Judah; Monica Tarazi; jimasperger@quinnemanuel.com; duanelyons@quinnemanuel.com; charlesverhoeven@quinnemanuel.com; davidperlson@quinnemanuel.com; Jocelyn Ma |
| **Cc:** | QE-Faraday; Holscher, Mark C.; Torres, Diana; Tsoumas, Tammy A.; Elizabeth, Sierra; #EV Team |
| **Subject:** | RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO |
| **Date:** | Wednesday, November 7, 2018 9:57:03 AM |

Dear Counsel,

FF has not yet responded to our request to meet and confer.  Consistent with the Local Rules, we believe it is important for the parties to confer on the issues raised in our October 30th correspondence no later than November 9th.   Please let us know if FF will confer with us by November 9th.

Thanks,
Ben

**Benjamin Yaghoubian**

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197  **F** +1 213 680 8500

benjamin.yaghoubian@kirkland.com

---

**From:** Yaghoubian, Benjamin A.
**Sent:** Thursday, November 1, 2018 11:42 AM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; jimasperger@quinnemanuel.com; duanelyons@quinnemanuel.com; charlesverhoeven@quinnemanuel.com; davidperlson@quinnemanuel.com; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Dear Counsel,

Following up on our October 30, 2018 correspondence, is counsel for FF able to meet and confer regarding FF's discovery responses by November 9th pursuant to Local Rule 37-1?  Please let us know your availability.

Sincerely,

**Benjamin Yaghoubian**

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071

Exhibit C
Page 26

**T** +1 213 680 8197   **F** +1 213 680 8500

------------------------------------------------

benjamin.yaghoubian@kirkland.com

---

**From:** Yaghoubian, Benjamin A.
**Sent:** Tuesday, October 30, 2018 2:27 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; jimasperger@quinnemanuel.com; duanelyons@quinnemanuel.com; charlesverhoeven@quinnemanuel.com; davidperlson@quinnemanuel.com; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Dear Counsel,

Please see the attached correspondence.

Sincerely,

**Benjamin Yaghoubian**

------------------------------------------------

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197   **F** +1 213 680 8500

------------------------------------------------

benjamin.yaghoubian@kirkland.com

**Exhibit C**
**Page 27**