# EXHIBIT E

| | |
|---|---|
| **From:** | Yaghoubian, Benjamin A. |
| **To:** | James Judah; Monica Tarazi; Jim Asperger; Duane Lyons; Charles K Verhoeven; David Perlson; Jocelyn Ma |
| **Cc:** | QE-Faraday; Holscher, Mark C.; Torres, Diana; Tsoumas, Tammy A.; Elizabeth, Sierra; #EV Team |
| **Subject:** | RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO |
| **Date:** | Friday, November 9, 2018 4:51:54 PM |

James,

We write to memorialize our conference call from this afternoon regarding Faraday's responses and objections to EVelozcity's discovery requests. During our call, you confirmed that Faraday had nothing to offer in response to any of the issues raised in our October 30, 2018 correspondence regarding Faraday's discovery responses and cannot confirm the timing of production for documents Faraday has already agreed to produce and currently has no plans to produce these documents. Your position was that all outstanding discovery disputes should be deferred until after Quinn Emanuel's motion to withdraw is resolved next month. EVelozcity respectfully disagrees with that position. As we stated on our call, the parties are now at impasse and we will proceed with raising these issues to the Court in a timely manner. Accordingly, please let us know by close of business on Monday, November 12th whether Faraday will participate in an informal discovery conference with Judge Oliver and, if so, your availability during the next two weeks.

You also confirmed that Quinn Emanuel has no additional information regarding Faraday's retention of replacement counsel. You further confirmed that Faraday has no update on the proposed protective order and ESI stipulation that EVelozcity provided last month.

Sincerely,

**Benjamin Yaghoubian**
------------------------------------------------------
**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197  **F** +1 213 680 8500
------------------------------------------------------
benjamin.yaghoubian@kirkland.com

---

**From:** Yaghoubian, Benjamin A.
**Sent:** Friday, November 9, 2018 2:51 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

James,

Thank you for your reply.  We will dial your direct line at 3:00 p.m. PT and look forward to speaking soon.

Sincerely,

**Benjamin Yaghoubian**

---

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197  **F** +1 213 680 8500

---

benjamin.yaghoubian@kirkland.com

---

**From:** James Judah <jamesjudah@quinnemanuel.com>
**Sent:** Friday, November 9, 2018 2:44 PM
**To:** Yaghoubian, Benjamin A. <benjamin.yaghoubian@kirkland.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Ben,

I remain available at 3 pm.  We don't think this further back and forth by email is productive or efficient and do not intend to further engage.

Best,
James

---

**From:** Yaghoubian, Benjamin A. [mailto:benjamin.yaghoubian@kirkland.com]
**Sent:** Friday, November 9, 2018 2:38 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

**Exhibit E**
**Page 34**

James,

Respectfully, we requested 10 days ago to meet and confer in person at our office.  Quinn Emanuel's Los Angeles office is located less than one mile from our office, and a number of the attorneys representing Faraday in this matter are based in Quinn Emanuel's Los Angeles office.  We therefore see no reason to deviate from the rule that requires an in-person meet and confer.  Understanding that you are in San Francisco, we would be happy to set up a speakerphone in the conference room so that you may also participate along with the Quinn Emanuel and Kirkland attorneys who are meeting in person.  Please confirm for us whether Faraday will attend in person or if Faraday stands on its previous refusal and will only attend telephonically, in which case we will proceed today telephonically while reserving all rights.

Sincerely,

**Benjamin Yaghoubian**

---

**KIRKLAND & ELLIS LLP**

333 South Hope Street, Los Angeles, CA 90071

**T** +1 213 680 8197  **F** +1 213 680 8500

---

benjamin.yaghoubian@kirkland.com

---

**From:** James Judah <jamesjudah@quinnemanuel.com>
**Sent:** Friday, November 9, 2018 1:48 PM
**To:** Yaghoubian, Benjamin A. <benjamin.yaghoubian@kirkland.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Ben,

As you know, I'm in San Francisco.  I'm available by telephone.  You can reach me at 415-875-6420.

Best,
James

---

**From:** Yaghoubian, Benjamin A. [mailto:benjamin.yaghoubian@kirkland.com]
**Sent:** Friday, November 9, 2018 1:45 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane

**Exhibit E**
**Page 35**

Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

James,

Thank you for your reply.  We can be available at 3:00 pm PT to confer.  To confirm, we understand that you will be coming to our Los Angeles office as we requested in our October 30th letter.  *See* 10/30/18 Ltr from B. Yaghoubian to J. Judah at 10 ("EVelozcity requests to meet and confer with counsel for FF regarding the above matters in person at Kirkland & Ellis LLP, 333 South Hope Street, 29th Floor, Los Angeles, California 90071.").   If so, please let us know anyone else who will be joining you so we may add their names to our building guest list.

We believe an in-person meet and confer would be constructive in narrowing areas of dispute, and further, is required under the local rules because both of our clients are represented by counsel in the same county of the Central District of California.  *See* L.R. 37-1 ("If both counsel are located within the same county of the Central District, the conference shall take place ***in person*** at the ***office of the moving party's counsel***, unless the parties agree to meet someplace else.") (emphasis added).  We look forward to speaking with you later this afternoon.

Sincerely,

**Benjamin Yaghoubian**

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197  **F** +1 213 680 8500

benjamin.yaghoubian@kirkland.com

---

**From:** James Judah <jamesjudah@quinnemanuel.com>
**Sent:** Friday, November 9, 2018 1:19 PM
**To:** Yaghoubian, Benjamin A. <benjamin.yaghoubian@kirkland.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Ben –

I'm available this afternoon at 3 PM.

Best,
James

---

**From:** Yaghoubian, Benjamin A. [mailto:benjamin.yaghoubian@kirkland.com]
**Sent:** Thursday, November 8, 2018 8:29 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

James,

Thank you for your email. We, however, respectfully disagree with your position. On October 30, 2018, EVelozcity requested to meet and confer regarding FF's discovery responses. Pursuant to the Local Rules, FF is required to meet and confer with counsel for EVelozcity no later than tomorrow, **November 9, 2018**. *See* L.R. 37-1 (requiring "counsel for the opposing party shall confer with counsel for the moving party within ten (10) days after the moving party serves a letter requesting such conference"). We have followed up on our original request to confer on two separate occasions (*i.e.*, on November 1st and November 7th), yet we did not receive a response until this evening, the day before FF's deadline to meet and confer. As that response made clear, FF is refusing our request to meet and confer regarding its discovery responses given its pending motion to withdraw as counsel, which was filed yesterday.

Respectfully, while we understand that Quinn Emanuel is seeking to withdraw, your firm is still counsel of record in this action unless and until its motion to withdraw is granted. Your assertion that "[a]ny meet and confer on these discovery issues should come either after new counsel has substituted in or after the hearing," is contrary to the Local Rules and highly prejudicial to EVelozcity by causing undue delay to our client. Accordingly, we again request that you meet and confer with us regarding FF's discovery responses by Friday, November 9th. Please let us know a time that works for you. If FF continues to refuse to confer, we will be forced to raise this issue with the Court.

We look forward to your prompt response and to cooperatively addressing the issues raised in our October 30th letter by November 9th.

Sincerely,

**Exhibit E
Page 37**

**Benjamin Yaghoubian**

---

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197  **F** +1 213 680 8500

---

benjamin.yaghoubian@kirkland.com

---

**From:** James Judah <jamesjudah@quinnemanuel.com>
**Sent:** Thursday, November 8, 2018 5:41 PM
**To:** Yaghoubian, Benjamin A. <benjamin.yaghoubian@kirkland.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Ben –

As you have seen, Quinn Emanuel has moved to withdraw as counsel for FF and the Court has set a hearing for December 7.  Any meet and confer on these discovery issues should come either after new counsel has substituted in or after the hearing.

Best,
James


**James Judah**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6420 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jamesjudah@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Yaghoubian, Benjamin A. [mailto:benjamin.yaghoubian@kirkland.com]
**Sent:** Wednesday, November 7, 2018 9:57 AM

**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Dear Counsel,

FF has not yet responded to our request to meet and confer.  Consistent with the Local Rules, we believe it is important for the parties to confer on the issues raised in our October 30th correspondence no later than November 9th.   Please let us know if FF will confer with us by November 9th.

Thanks,
Ben

**Benjamin Yaghoubian**

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197  **F** +1 213 680 8500

benjamin.yaghoubian@kirkland.com

---

**From:** Yaghoubian, Benjamin A.
**Sent:** Thursday, November 1, 2018 11:42 AM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; jimasperger@quinnemanuel.com; duanelyons@quinnemanuel.com; charlesverhoeven@quinnemanuel.com; davidperlson@quinnemanuel.com; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Dear Counsel,

Following up on our October 30, 2018 correspondence, is counsel for FF able to meet and confer regarding FF's discovery responses by November 9th pursuant to Local Rule 37-1?  Please let us know your availability.

Sincerely,

**Exhibit E
Page 39**

**Benjamin Yaghoubian**

----------------------------------------------------

**KIRKLAND & ELLIS LLP**

333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197  **F** +1 213 680 8500

----------------------------------------------------

benjamin.yaghoubian@kirkland.com

---

**From:** Yaghoubian, Benjamin A.
**Sent:** Tuesday, October 30, 2018 2:27 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; jimasperger@quinnemanuel.com; duanelyons@quinnemanuel.com; charlesverhoeven@quinnemanuel.com; davidperlson@quinnemanuel.com; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Dear Counsel,

Please see the attached correspondence.

Sincerely,

**Benjamin Yaghoubian**

----------------------------------------------------

**KIRKLAND & ELLIS LLP**

333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197  **F** +1 213 680 8500

----------------------------------------------------

benjamin.yaghoubian@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and

may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.