QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  James Judah (Bar No. 257112)
  jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
865 S. Figueroa St., 10th Street
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff
FARADAY&FUTURE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>EVELOZCITY, INC.,<br><br>            Defendant. | CASE NO. 2:18-cv-00737-DMG<br><br>**DECLARATION OF BRIAN FRITZ RE TIMING TO RETAIN REPLACEMENT COUNSEL** |

I, Brian Fritz, hereby declare as follows.

1. I am a member of the bar of the State of California and Managing Counsel, Litigation & Compliance at Faraday&Future Inc. ("FF"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently as follows.

2. This declaration is provided in compliance with the Court's November 8, 2018 Order Requiring Further Filing re Motion to Withdraw as Counsel for Plaintiff requesting a declaration explaining the amount of time needed to locate substitute counsel. Dkt. #129.

3. FF has been conferring with potential replacement counsel for the above-captioned action, but has not yet engaged new counsel.

4. FF anticipates that it will need 30 days from today's date to secure replacement counsel in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 26th day of November, 2018, in Los Angeles, California.

*/s Brian E. Fritz*
Brian E. Fritz