QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Duane Lyons (Bar No. 125091)
duanelyons@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for FARADAY&FUTURE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EVELOZCITY, INC.,<br><br>　　　　Defendant. | **CASE NO. 2:18-CV-00737-DMG**<br><br>**DECLARATION OF JAMES D. JUDAH RE STATUS AS TO QUINN EMANUEL'S MOTION TO WITHDRAW AS COUNSEL** |

I, James D. Judah, hereby declare as follows.

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiff Faraday&Future, Inc. ("FF"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. I submit this declaration in support of Quinn Emanuel's Motion to Withdraw as Counsel for FF and pursuant to the Court's November 8, 2018 Order Requiring Further Filing re Motion to Withdraw as Counsel for Plaintiff (the "Order") requesting a declaration regarding the status of compliance with the Order.

3. As required by the Order, Quinn Emanuel has filed: (1) under seal and for *in camera* review, a declaration providing the confidential details of FF's inability to comply with the terms of its engagement agreement with Quinn Emanuel; (2) a declaration from FF's in-house counsel explaining the amount of time needed to locate substitute counsel; and (3) a proof of service indicating service of the Order on FF.

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 26, 2018          */s James D. Judah*
                                  James D. Judah