UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-737-DMG (RAOx)** | Date | November 28, 2018 |

| | |
|---|---|
| Title | ***Faraday&Future, Inc. v. Evelozcity, Inc.*** |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER RE PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW [127]**

On November 7, 2018, the law firm of Quinn Emanuel Urquhart & Sullivan ("Quinn") filed a motion to withdraw as counsel for Plaintiff Faraday&Future Inc., noticed for hearing on December 7, 2018 ("Motion"). [Doc. # 127.] On November 8, 2018, the Court issued a minute order requiring, *inter alia*, (1) the *in camera* and under seal filing of a declaration addressing Plaintiff's inability to comply with the terms of the retention agreement and (2) the filing of a declaration explaining the amount of time needed to locate substitute counsel. [Doc. # 129.] On November 16, 2018, Defendant Evelozcity, Inc. filed its opposition to the Motion asserting that it will be prejudiced by the delay caused by the filing of the Motion. [Doc. # 130.] On November 26, 2018, Quinn filed declarations addressing the Court's concerns raised in the November 8, 2018 minute order. [Doc. ##132, 133.] According to the declaration of Plaintiff's corporate counsel, Plaintiff anticipates that it will need 30 days from November 26, 2018 to secure replacement counsel. [Doc. # 132.] Having reviewed the written submissions, the Court finds that this matter is appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.

Plaintiff has been advised of the consequences of its inability to appear *pro se* by the Court's November 8, 2018 minute order, which was served on Plaintiff by Quinn. Having considered the papers filed herein, the Court finds that good cause exists for the withdrawal and that Quinn has taken adequate steps to inform Plaintiff of the withdrawal. The Court, however, is also concerned about any delay that could be caused by the withdrawal.

Accordingly, IT IS ORDERED as follows:

1. Quinn's motion to withdraw as counsel for Plaintiff is GRANTED, effective January 31, 2019;

2. Quinn shall continue to represent Plaintiff until January 31, 2019 or Plaintiff files its substitution of counsel, whichever occurs earlier;

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 18-737-DMG (RAOx)** | Date | November 28, 2018 |
|---|---|---|---|

| Title | ***Faraday&Future, Inc. v. Evelozcity, Inc.*** |
|---|---|

3. Plaintiff shall locate substitute counsel and, no later than **January 15, 2019**, file a substitution of counsel;

4. Failure to file substitution of counsel by **January 31, 2019** shall result in the dismissal of Plaintiff's complaint pursuant to Local Rule 83-2.2.2;

5. Quinn shall (a) provide Plaintiff with a copy of this Order and shall inform Plaintiff of the consequences if Plaintiff fails to file a substitution of counsel by January 31, 2019, and (b) file a declaration by December 7, 2018 indicating compliance herewith; and

6. The December 7, 2018 hearing is **VACATED**.