Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Tammy A. Tsoumas (SBN 250487)
Tammy.tsoumas@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
United States
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
EVelozcity Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>EVELOZCITY INC.,<br><br>Defendant. | CASE NO. 2:18-cv-00737-DMG-RAO<br><br>The Honorable Dolly M. Gee<br>The Honorable Rozella A. Oliver<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTS AND RESPOND TO INTERROGATORIES**<br><br>Hearing Date: January 2, 2019<br>Time: 10:00 a.m.<br>Courtroom: 590<br><br>Disc. Cut-Off: June 7, 2019<br>PreTrial Conf. Date: October 8, 2019<br>Trial Date: November 5, 2019 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Wednesday, January 2, 2019 at 10:00 a.m., or as soon thereafter as may be heard, in the United States District Court for the Central District of California, United States Courthouse, located at 255 E. Temple Street, Los Angeles, California, in Courtroom 590, 5th Floor, before the Honorable Rozella Oliver, Defendant EVelozcity Inc. ("EVelozcity") will and hereby does move the Court for an order compelling Plaintiff Faraday&Future Inc. to provide complete and verified responses to EVelozcity's Interrogatories and to produce documents responsive to EVelozcity's Requests for Production for the relevant time period April 1, 2014 to the present.

EVelozcity's motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation re Motion to Compel Plaintiff to Produce Documents and Respond to Interrogatories, the Declaration of Benjamin Yaghoubian in Support of Motion to Compel Plaintiff to Produce Documents and Respond to Interrogatories and accompanying exhibits, filed concurrently herewith, upon all documents and evidence in the Court's file, and such other and further oral and documentary evidence and legal argument presented at or prior to the hearing on this Motion.

DATED: December 3, 2018

Respectfully submitted,

KIRKLAND & ELLIS LLP

By:  /s/ *Diana Torres*
Diana Torres
Attorneys for Defendant
EVelozcity Inc.

1