# EXHIBIT A

1 QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 Charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
3 davidperlson@quinnemanuel.com
James Judah (Bar No. 257112)
4 jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
5 San Francisco, California 94111-4788
Telephone: (212) 849-7000
6 Facsimile: (212) 849-7100

7 Duane Lyons (Bar No. 125091)
duanelyons@quinnemanuel.com
8 865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
9 Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Faraday&Future Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| FARADAY&FUTURE INC., | Case No. 2:18-CV-00737-DMG |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF FARADAY&FUTURE INC.** |
| vs. | |
| EVELOZCITY, INC., | |
| Defendant. | Hearing Date: December 7, 2018<br>Time: 9:30 a.m.<br>Courtroom: 8C, 8th Floor<br>Judge: Hon. Dolly M. Gee |

**Exhibit A**
**Page 4**

Case No. 2:18-CV-00737-DMG
MOTION TO WITHDRAW

# NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE THAT** on December 7, 2018 at 9:30 am or as soon thereafter as the matter may be heard, before the Honorable Dolly M. Gee, at the above-captioned court, the law firm of Quinn Emanuel Urquhart & Sullivan ("Quinn Emanuel"), Counsel for Plaintiff Faraday&Future Inc. ("FF"), will and hereby does move the Court for Leave to Withdraw, seeking, pursuant to Civil Local Rule 83-2.3.2, an order relieving it as counsel for FF.

DATED: November 7, 2018     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    */s/ David A. Perlson*
Charles K. Verhoeven
David A. Perlson
James Judah
50 California Street, 22nd Floor
San Francisco, California 94111-4788

Duane Lyons
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

*Attorneys for Plaintiff Faraday&Future Inc.*

# MEMORANDUM OF POINTS AND AUTHORITIES

The Local Rules of the United States District Court for the Central District of California state that an attorney may not withdraw as counsel except by leave of court. L.R. 83-2.3.2. As such, the law firm of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"), counsel of record for Plaintiff Faraday&Future Inc. ("FF"), seeks an order from this Court permitting Quinn Emanuel to withdraw as counsel of record for FF.

Good cause exists to grant this motion. L.R. 83-2.3.2. District courts have broad discretion in determining what constitutes good cause to withdraw under a particular set of circumstances. *See Garnica v. Fremont Inv. & Loan*, No. SA CV 12-1366-DOC (MLGx), 2012 WL 5830078, at *1 (C.D. Cal. No. 14, 2012) (citing *Thompson v. Special Enforcement, Inc.*, No. EDCV 07-1666-VAP (JCRx), 2008 WL 4811404 (C.D. Cal. Oct. 27, 2008)). Here, FF consents to Quinn Emanuel's withdrawal, as FF cannot comply with the terms of the retention agreement by, *inter alia*, paying Quinn Emanuel's fees. Declaration of Brian Fritz, ¶ 2.[1] Courts have found that good cause is shown in these circumstances, even in the absence of client consent.[2] Moreover, the fact that FF consents to the withdrawal is an independent basis to grant this motion. *See, e.g.*, *Fracasse v. Brent*, 6 Cal. 3d 784, 790 (1972)

---

[1] Because of the sensitive nature of the attorney-client relationship, Quinn Emanuel and FF cannot disclose all facts related to this request for withdrawal to the public. Should the Court request specific facts, Quinn Emanuel can provide additional details *in camera* to the Court.

[2] *See*, *e.g.*, *Lempert v. Campbell*, 112 Cal. App. 4th 1161, 1173 (Cal. Ct. App. 2003) ("'It is generally recognized that the failure or refusal of a client to pay or secure the proper fees or expenses of the attorney after being reasonably requested to do so will furnish grounds for the attorney to withdraw from the case.'") (quoting *People v. Prince*, 268 Cal. App. 2d 398, 406 (Cal. Ct. App. 1968)); *Arch Ins. Co. v. Allegiant Prof. Bus. Servs.*, No. CV 11-1675 CAS (PJWx), 2012 WL 1745585, *1 (C.D. Cal. May 16, 2012) (declaration demonstrating client's failure to pay legal fees "made a sufficient showing of good cause"); *Pension Plan v. Yubacon Inc.*, No. C-12-0473 DMR, 2014 WL 1101659 (N.D. Cal. Mar. 18, 2014) ("Courts in similar circumstances have held that failure or inability to pay for legal services constitutes good cause for withdrawal.").

("It has long been recognized in this state that the client's power to discharge an attorney, with or without cause, is absolute[.]").

Granting this motion and permitting Quinn Emanuel leave to withdraw will not prejudice FF or any other party. FF consents to the withdrawal. The case is still in the early stages: discovery has only recently commenced, no depositions have been scheduled, the fact discovery deadline is over seven months away, and the trial date is set for November 2019. FF therefore will have ample time to retain other counsel without disrupting the schedule, and withdrawal will not delay resolution of this matter.

## CONCLUSION

For the foregoing reasons, Quinn Emanuel respectfully requests that the Court grant this Motion.

DATED: November 7, 2018          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: */s/ David A. Perlson*
Charles K. Verhoeven
David A. Perlson
James Judah
50 California Street, 22nd Floor
San Francisco, California 94111-4788

Duane Lyons
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

*Attorneys for Plaintiff Faraday&Future Inc.*