# EXHIBIT C

Exhibit C
Page 20

| | |
|---|---|
| **From:** | James Judah |
| **To:** | Yaghoubian, Benjamin A.; Monica Tarazi; Jim Asperger; Duane Lyons; Charles K Verhoeven; David Perlson; Jocelyn Ma |
| **Cc:** | QE-Faraday; Holscher, Mark C.; Torres, Diana; Tsoumas, Tammy A.; Elizabeth, Sierra; #EV Team |
| **Subject:** | RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO |
| **Date:** | Thursday, November 8, 2018 5:41:16 PM |

Ben –

As you have seen, Quinn Emanuel has moved to withdraw as counsel for FF and the Court has set a hearing for December 7. Any meet and confer on these discovery issues should come either after new counsel has substituted in or after the hearing.

Best,
James


**James Judah**
*Partner,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6420 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jamesjudah@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Yaghoubian, Benjamin A. [mailto:benjamin.yaghoubian@kirkland.com]
**Sent:** Wednesday, November 7, 2018 9:57 AM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; Jim Asperger <jimasperger@quinnemanuel.com>; Duane Lyons <duanelyons@quinnemanuel.com>; Charles K Verhoeven <charlesverhoeven@quinnemanuel.com>; David Perlson <davidperlson@quinnemanuel.com>; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Dear Counsel,

FF has not yet responded to our request to meet and confer. Consistent with the Local Rules, we believe it is important for the parties to confer on the issues raised in our October 30th

Exhibit C
Page 21

correspondence no later than November 9th.   Please let us know if FF will confer with us by November 9th.

Thanks,
Ben

**Benjamin Yaghoubian**

-----------------------------------------------

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197   **F** +1 213 680 8500

-----------------------------------------------

benjamin.yaghoubian@kirkland.com

---

**From:** Yaghoubian, Benjamin A.
**Sent:** Thursday, November 1, 2018 11:42 AM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; jimasperger@quinnemanuel.com; duanelyons@quinnemanuel.com; charlesverhoeven@quinnemanuel.com; davidperlson@quinnemanuel.com; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** RE: Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Dear Counsel,

Following up on our October 30, 2018 correspondence, is counsel for FF able to meet and confer regarding FF's discovery responses by November 9th pursuant to Local Rule 37-1?  Please let us know your availability.

Sincerely,

**Benjamin Yaghoubian**

-----------------------------------------------

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197   **F** +1 213 680 8500

-----------------------------------------------

benjamin.yaghoubian@kirkland.com

---

**From:** Yaghoubian, Benjamin A.
**Sent:** Tuesday, October 30, 2018 2:27 PM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Monica Tarazi <monicatarazi@quinnemanuel.com>; jimasperger@quinnemanuel.com; duanelyons@quinnemanuel.com; charlesverhoeven@quinnemanuel.com;

Exhibit C
Page 22

davidperlson@quinnemanuel.com; Jocelyn Ma <jocelynma@quinnemanuel.com>
**Cc:** QE-Faraday <qe-faraday@quinnemanuel.com>; Holscher, Mark C. <mholscher@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; Tsoumas, Tammy A. <ttsoumas@kirkland.com>; Elizabeth, Sierra <sierra.elizabeth@kirkland.com>; #EV Team <EVTeam@kirkland.com>
**Subject:** Faraday & Future, Inc. v. EVelozcity Inc., Case No. 2:18-cv-00737-DMG-RAO

Dear Counsel,

Please see the attached correspondence.

Sincerely,

**Benjamin Yaghoubian**

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8197   **F** +1 213 680 8500

benjamin.yaghoubian@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**Exhibit C
Page 23**