# EXHIBIT G

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
James Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Duane R. Lyons (Bar No. 125091)
duanelyons@quinnemanuel.com
865 S. Figueroa St., 10th Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
FARADAY&FUTURE INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE INC., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br> EVELOZCITY, INC., <br><br>　　　　Defendant. | CASE NO. 2:18-cv-00737-DMG-RAO <br><br> **PLAINTIFF FARADAY&FUTURE INC.'S INITIAL DISCLOSURES** <br><br> The Hon. Honorable Dolly M. Gee |

Pursuant to Rule 26(a)(1) of the federal Rules of Civil Procedure Plaintiff Faraday&Future Inc. ("FF") hereby provides the following Initial Disclosures to Defendant EVelozcity, Inc. ("EVelozcity").

**GENERAL OBJECTIONS AND LIMITATIONS**

FF makes these Initial Disclosures based on the information reasonably available to it as of the present date. FF reserves the right to supplement, amend, modify, or alter these disclosure as new information becomes available. These disclosures represent a good-faith effort to identify information that FF reasonably believes it may use to support one or more of its various claims or defenses. By making the following disclosures, FF does not represent that every individual or entity identified herein necessarily possess such information or that the individual or entity possesses relevant information. Nor does FF represent that it is identifying every document, tangible thing, or witness it may use to support its claims or defenses. FF employees may only be contacted through FF's counsel. FF reserves the right to amend these disclosures as additional information becomes available, through discovery or otherwise. FF also reserves the right to call any witness, including the right to identify expert witnesses, or present any exhibit or item at trial not listed herein but determined through discovery, investigation, or otherwise to support its claims or defenses.

By making these Initial Disclosures, FF does not waive its right to object to discovery of any information based on disclosures herein on the grounds of the attorney-client privilege, work-product doctrine, or any other applicable privilege, immunity, law, or rule. Nor does FF waive its right to assert any other objection authorized by the Federal Rules of Civil Procedure or any other applicable rule or law in response to interrogatories, requests for admission, requests for production of documents, questions at depositions, or any other discovery requests involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections and qualifications.

I. **Individuals (Fed. R. Civ. P. 26(A)(1)(a)(i))**

FF identifies the following individuals likely to have discoverable information that FF may use to support its claims or defenses. FF reserves the right to supplement or amend this disclosure pursuant to Rule 26(e) of the Federal Rules of Civil Procedure if additional individuals or subjects are identified. The following list shall not be interpreted to be an admission that any of the listed individuals will have discoverable information.

All communications with the individuals listed below for which "Quinn Emanuel Urquhart & Sullivan, LLP; 50 California Street, 22nd Floor; San Francisco, California 94111" is listed as the address should be made through FF's counsel of record. To the extent that FF currently is aware of the contact information for any disclosed individual, it has been provided below.

By indicating the general subject matter of information these individuals may possess, FF is in no way limiting its right to call any individual listed to testify concerning other subjects.

| Name | Contact Information | Connection to the Case | Subject |
|---|---|---|---|
| Xiao Ma | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |
| Ron Polonski | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |

| Name | Contact Information | Connection to the Case | Subject |
|---|---|---|---|
| Dag Reckhorn | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |
| Nick Sampson | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |
| Peter Savagian | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |
| Andrew Hall | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |

| Name | Contact Information | Connection to the Case | Subject |
|---|---|---|---|
| Travis Cournover | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |
| Silva Hiti | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |
| Mayank Sikaria | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee. | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |
| Steven Shulz | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee. | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |

| Name | Contact Information | Connection to the Case | Subject |
|---|---|---|---|
| Connie Zhao | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee. | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |
| Mengewi Campbell | May be reached through counsel for FF.<br><br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>415-875-6600 | FF employee. | FF's proprietary technology; FF's vendors; irreparable harm and damages suffered by FF. |
| Stefan Krause | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Ulrich Kranz | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Christoph Kuttner | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Sohel Merchant | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |

| Name | Contact Information | Connection to the Case | Subject |
|---|---|---|---|
| Richard Kim | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Irving ("Bill") Strickland | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Andrew Wolstan | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Alexi Charbonneau | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Charlie Spencer | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Phil Weicker | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Stefan Grubic | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |
| Matthew Lubbers | Unknown | Former FF employee, now employed by EVelozcity | EVelozcity's misappropriation of trade secrets; irreparable harm and damages suffered by FF. |

FF reserves the right to supplement or amend this list of persons based on information discovered through discovery and investigation.

**II.     Documents (Fed. R. Civ. P. 26 (a)(1)(A)(ii))**

The categories and locations, where known, of non-privileged documents, electronically stored information, and tangible things in FF's possession, custody, or control that FF may use to support its claims or defenses include:

| Category | Location(s) |
|---|---|
| Documents relating to and supporting FF's claims as set forth in FF's First Amended Complaint. | Faraday&Future Inc. EVelozcity, Inc. Quinn Emanuel Urquhart & Sullivan, LLP |
| Documents related to FF's business operations. | Faraday&Future Inc. EVelozcity, Inc. Quinn Emanuel Urquhart & Sullivan, LLP |
| Documents related to design, development, testing and operation of FF's proprietary variable platform architecture ("VPA"), battery, power-train, safety-feature, autonomous driving, and internet of vehicles ("IoV") technologies. | Faraday&Future Inc. EVelozcity, Inc. Quinn Emanuel Urquhart & Sullivan, LLP |
| Documents related to FF's trade secrets and confidential information and the polices related thereto. | Faraday&Future Inc. EVelozcity, Inc. Quinn Emanuel Urquhart & Sullivan, LLP |

| Documents relating to or created by each FF employee who has left FF for EVelozcity. | Faraday&Future Inc. EVelozcity, Inc. Quinn Emanuel Urquhart & Sullivan, LLP |
|---|---|
| Documents related to damages and other harm to FF caused by EVelozcity's misappropriation of FF's trade secrets. | Faraday&Future Inc. EVelozcity, Inc. Quinn Emanuel Urquhart & Sullivan, LLP |

### III.    Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii))

FF believes it has suffered and is suffering irreparable harm as a result of EVelozcity's trade secret misappropriation. In addition, FF believes it is entitled to damages for FF's trade secret misappropriation, in the form of unjust enrichment, lost profits, and/or a reasonable royalty based potentially on the analytical approach in the context of a hypothetical negotiation. FF further seeks a judgment that this case is exceptional and an award of FF's costs and reasonable attorneys' fees. FF also seeks an accounting of all sales and revenues, together with pre-judgment and post-judgment interest. FF further seeks enhanced damages for EVelozcity's willful and malicious conduct in misappropriating FF's trade secrets, punitive damages, and other relief including but not limited to disgorgement of profits from unjust enrichment. FF seeks any other relief available under applicable law. It would be premature to estimate the amount of damages at this time.

In connection with these calculations, FF may rely on its estimates of future profits, cash flows, and revenue; those estimates as attributable to the trade secrets at issue; its assessments and projections regarding the electric vehicle market and other relevant markets, competition therein, and its competitive position; FF's loss in market share and corresponding financial loss, resulting from EVelozcity's use of FF's trade secret technology to obtain a head start in the market; its investment in its electric

vehicle technology (in time, capital, research and development, engineering costs, and other expenditures); the investments, funding, and/or contracts that EVelozcity has received based on its misappropriation of FF's trade secrets; and EVelozcity's assessments and projections regarding future profits, cash flows, and revenue. FF also expects to rely on materials that are being or will be produced by EVelozcity and third parties. Determination of damages is subject to ongoing discovery, including financial information from EVelozcity that has not yet been produced, and expert analysis, including but not limited to the extent of Defendant's exploitation of FF's trade secrets and the value associated therewith.

FF reserves the right to supplement, modify or add to this response as circumstances dictate and in accordance with the Federal Rules and order issued by the Court.

### IV. Insurance (Fed. R. Civ. P. 26(a)(1)(A)(iv))

FF is not aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgement.

FF expressly reserves the right to supplement its responses pursuant to Rule 26(e) of the Federal Rules of Civil Procedure as its investigation continues.

DATED: October 5, 2018        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _*/s/ David A. Perlson*_
David A. Perlson
Attorneys for Plaintiff
FARADAY&FUTURE INC.

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 50 California Street, 22nd Floor, California 94111. On October 5, 2018, I served true copies of the attached document(s) described as: **PLAINTIFF FARADAY&FUTURE INC.'S INITIAL DISCLOSURES** on the interested parties in this action as follows:

KIRKLAND & ELLIS LLP
Mark Holscher
mark.holscher@kirkland.com
Diana Torres
diana.torres@kirkland.com
Tammy A. Tsoumas
tammy.tsoumas@kirkland.com
Sierra Elizabeth
sierra.elizabeth@kirkland.com

333 South Hope Street
Los Angeles, CA 90071

*Attorneys for Defendant EVelozcity Inc.*

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart & Sullivan, LLP for collecting and processing correspondence for mailing within the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Francisco, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 5, 2018, at San Francisco, California.

*/s/ Jocelyn Ma*
_____
Jocelyn Ma