# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE INC., | CASE NO. 2:18-cv-00737-DMG |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | Hon. Dolly M. Gee |
| EVELOZCITY, INC., | |
| Defendant. | |

## ORDER

The stipulation of the parties dismissing the above-captioned action is approved. The entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2018

_____
The Honorable Dolly M. Gee
United States District Court Judge