JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FARADAY&FUTURE INC., <br> Plaintiff, <br> vs. <br> EVELOZCITY, INC., <br> Defendant. | Case No.: CV 18-737-DMG (RAOx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE [138]** |

The parties' stipulation dismissing the above-captioned action is approved. The entire action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: December 12, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE